Ann Birmingham Scheel
Acting United States Attorney
District of Arizona
Jonathan B. Granoff
Assistant United States Attorney
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona  85701
Telephone: (520) 620-7300
Jonathan.Granoff@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 12-0174-TUC-CKJ-GEE |
| Plaintiff, | ) | CR 11-0794-TUC-RCC-CRP |
| v. | ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BRADY/GIGLIO |
| Dino Sisneros, | ) | |
| Defendant. | ) | |

The government, by and through its attorneys, Ann Birmingham Scheel, Acting United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant United States Attorney, hereby respectfully responds to the defendant's motion for "Brady/Giglio" material. In support thereof, the following is stated.

Background/Facts:

This defendant was indicted with six other individuals in CR11-794-TUC-RCC (CRP) for his involvement in a mortgage fraud conspiracy. The defendant has also more recently been indicted for perpetrating an investment fraud scheme in the case before this court. Some of the facts of the two cases are related. The government intends to offer some of the evidence in the mortgage fraud scheme against the defendant in the investment fraud scheme. For example, after the defendant defrauded some of the victims in the investment fraud

scheme, he used portions of their money (combined with some of the proceeds from the mortgage fraud properties) to make payments to one of the straw buyers in the mortgage fraud scheme. The defendant also used a portion of one investment fraud victim's money as a down payment for one of the mortgage fraud properties charged in CR11-794-TUC-RCC (CRP).

In defendant's motion for disclosure of "Brady/Giglio" material in CR12-174, his attorney claims that "[n]o disclosure has been received thus far on this indictment." *See* Doc. #11 at p. 1. This statement is factually inaccurate. The government has provided the defendant with the initial disclosure in this matter. The government's disclosure for the mortgage fraud case (CR11-794) included most of the disclosure for the investment fraud scheme. This disclosure was provided to the defendant's attorney on or about August 1, 2011. The government also provided the defendant's attorney a summary outlining most of the disclosure in the mortgage fraud case. *See* Attached Government's Exhibit #1 (Filed Under Seal). This summary identifies most of the memos of the witness statements relating to both the mortgage and investment fraud scheme. For example, victim D.R. is listed in the investment fraud indictment. The Agent memos summarizing her statements on 7/28/08; 8/21/08; 1/28/08 and 1/31/11 have already been disclosed. *See* Government's Exhibit #1. The memos summarizing the defendant's statements have also been provided in the mortgage fraud disclosure. *Id*. The government may use some of the defendant's admissions in the investment fraud case against the defendant.

The government's disclosure in the mortgage fraud case also contains most of the bank records/financial documents that the government will rely on as evidence in the investment fraud scheme. Additional witness memos and bank records for the investment fraud case have also more recently been provided to the defense attorney for Mr. Sisneros and defense counsel in the mortgage fraud case on or about February 16, 2012.

The defendant's attorney filed a motion requesting that the government produce *Brady/Giglio* evidence. Some of the defendant's requests are overly broad discovery requests. The government has already provided the bulk of the discovery in this matter to the defendant through his attorney.[1] Government counsel will further continue to comply with its disclosure obligations in a timely fashion.

Respectfully submitted this 27th day of February, 2012.

    ANN BIRMINGHAM SCHEEL
    Acting United States Attorney
    District of Arizona

    *s/Jonathan B. Granoff*
    Jonathan B. Granoff
    Assistant United States Attorney

A copy of the foregoing has been served electronically or by other means this 27th day of February, 2012, to:

Matt Davidson, counsel for Mr. Sisneros
Jeffrey Bartolino, counsel for Ms. Sisneros
Tom Fink, counsel for Mr. Quiroz
Richard Bock, counsel for Mr. Ayers
Saji Vettiyil, counsel for Ms. Tarin
Sean Chapman, counsel for Ms. Coyne
Dan Cooper, counsel for Mr. Coyne

---

[1] Examples of items that have yet to be provided in discovery include a final chart or charts outlining the flow of the victim's money (i.e., to show how their money was spent) or the grand jury transcripts of potential witnesses.