JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jonathan.Granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Dino Sisneros<br>Melissa Sisneros<br>Michael Quiroz<br>Catherine Tarin<br>Timothy Coyne<br><br>Defendant. | CR 11-0794-TUC-RCC<br><br>NOTICE OF INTENT TO OFFER EXPERT TESTIMONY |

The United States of America, by and through its attorneys, JOHN S. LEONARDO, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant United States Attorney, hereby gives notice of its intent to offer expert testimony under Federal Rule of Evidence 702.

The United States may offer the expert testimony of Judy Randels. The government considers Mrs. Randels a fact witness because she was involved in the production of various title agency files relating to this case. However, in the event any criminal defense attorney may object to any of her testimony, the government will provide notice of Mrs. Randels's anticipated testimony as an expert witness. A copy of Mrs. Randels's resume will also be disclosed. Mrs. Randels previously worked as a title agent for Title Guaranty Agency. She has also previously worked in the escrow business for approximately 23 years between 1985 through 2008. Ms. Randels previously testified in the case of *United States v. Dino Sisneros*, CR12-174-TUC-CKJ

on June 7, 2013.   Generally, Mrs. Randels's testimony will be similar to that offered by the government as outlined in her June 7, 2013 transcripts.  She is expected to testify about escrow procedures and policies relating to real estate closings.  She may also testify concerning various aspects of the title escrow documents that have been provided in the discovery in this case.  For example, Mrs. Randels is expected to testify concerning the importance of accurately reflecting all disbursements on the HUD-1 Settlement Statement closing documents.  She is also expected to outline various aspects of how the money is supposed to be disbursed into and out of escrow at or around the time a loan is funded to close a transaction.   Her testimony will be based on her knowledge and many years of experience working in the escrow industry.  Her testimony will also be based on her knowledge of the procedures relating to the title files that have been produced by her former employer.

The foregoing is a general outline of Mrs. Randels's expected testimony.  Mrs. Randels may also review various title files in connection with this case that have not been disclosed by her former employer.

The defendants are charged with various criminal charges related to a mortgage fraud scheme.  Escrow procedures are important to develop an understanding of how a mortgage transaction is or should lawfully be conducted.  At least some of the jurors are likely to be unfamiliar with escrow procedures relating to a real estate closing.  Mrs. Randels's testimony as a former escrow officer will provide the jury with a background to develop an understanding of typical escrow procedures relating to a real estate closing involving a mortgage loan.  Expert testimony is admissible if it will "assist the trier of fact to understand the evidence or to determine a fact in issue."  Fed.R.Evid. 702.  The rule "dictates a commonsense inquiry of whether a juror would be able to understand the evidence without specialized knowledge concerning the subject."  *United States v.* McDonald, 933 F.2d 1519, 1522 (10th Cir. 1991); *see also United States v. Muldrow,* 19 F.3d 1332, 1338 (10th Cir. 1994).  Accordingly, in the event any of Mrs. Randels's expected testimony might be considered that of an expert witness, the Government notices her testimony as an expert at trial.

1     RESPECTUFLLY submitted this 9th day of October, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

I hereby certify a copy of the foregoing
was provided to counsel electronically
this 9th day of October, 2013:

Attorneys for each of the defendants including:
Chris Kimminau, Esq.
Jeffrey Bartolino, Esq.
Thomas Fink, Esq.
Dan Cooper, Esq.
Roberto Montiel, Esq.

- 3 -