JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>           Plaintiff,<br><br>  vs.<br><br>Melissa Sisneros,<br><br>           Defendant. | **CR 11-00794-TUC-RCC**<br><br>**MOTION TO EXTEND TIME TO FILE GOVERNMENT'S RESPONSES TO DEFENDANT MELISSA SISNEROS'S MOTIONS**<br><br>2nd Request – Unopposed |
|---|---|

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(F), will occur as a result of this motion or from an order based thereon.

Defendant Melissa Sisneros filed various motions relating to the above-captioned case. The government would respectfully request additional time to respond. The defendant's attorney for Ms. Sisneros has no objection to this request. The government respectfully requests additional time through and including December 19, 2013 to respond to the motions.

///

///

///

1 | RESPECTFULLY submitted this 13th day of December, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 13th day of December, 2013, to:

Christian J. Kimminau, Esq.
Jeffrey D. Bartolino, Esq.
Thomas L. Fink, Esq.
Roberto Montiel, Esq.
Attorneys for defendants