JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>Dino Sisneros, Melissa Sisneros, Michael Quiroz, and Catherine Tarin,<br><br>              Defendants. | **CR 11-00794-TUC-RCC (CRP)**<br><br><br>**NOTICE OF INTENT TO USE WRITTEN CERTIFICATION PURSUANT TO FED. R. EVID. 902(11))** |

Now comes the United States of America, by and through its undersigned attorneys, John S. Leonardo, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant United States Atttorney, hereby gives notice of intent to introduce written certifications with accompanying records pursuant to Federal Rules of Evidence 803(6) and 902(11).  Under the rules, a Custodian of Record or other qualified witness may certify a document as a business record through a written declaration that meets the requirements of the Rule in lieu of live testimony.

In the interest of conserving judicial resources as well as those of the United States, jurors, witnesses, and defense counsel, the following witnesses for the government will have provided written declarations so that their testimony may not otherwise be required at trial.  The government may introduce such records identified below that accompany the business records certifications during the trial without live testimony:

    1)  Adam Jay, Wells Fargo Bank, (discovery pgs. 39611 – 39614, 39411 – 39412,

39954 - 39957, 40443 – 40444) (Reference discovery pgs. 39411 – 39503, 39615 – 40222, 40445 – 40488).

2) Andrea Metcalf, Bank of America, (discovery pg. 5565) (Reference discovery pgs. 5566 – 5907).

3) Amy Allen, Washington Mutual Bank (WaMu), (discovery pg. 37852) (Reference discovery pgs. 37853-37899).

4) Cathy J. Johnson, JPMorgan Chase, (discovery pgs. 62474 – 62476) (Reference discovery pgs. 23906, 26364).

5) Cathy J. Johnson, JPMorgan Chase, (discovery pgs. 62477 – 62479) (Reference discovery pgs. 26160, 26161).

6) Cathy J. Johnson, JPMorgan Chase, (discovery pgs. 62480 – 62482) (Reference discovery pgs. 23343, 26162).

7) Cathy J. Johnson, JPMorgan Chase, (discovery pgs. 62519 – 62521) (Reference discovery pgs. 62523 - 62586).

8) Cindy L. Bland, JPMorgan Chase Bank, (discovery pgs. 64705 and 64706) (Reference discovery pgs. 61956 - 62065).

9) Courtney Dickey, HomeAway.com, Inc., (discovery pg. 22084) (Reference discovery pgs. 22085 – 22149).

10) David Coleman, Select Portfolio Servicing, LLC., (discovery pg. 34280) (Reference discovery pgs. 34281-34578).

11) David M. Hensen, JPMorgan Chase Bank, (discovery pg. 64922 and 65358) (Reference discovery pgs. 64923 – 64929 and 65359 - 66324).

12) Deborah Surowicz, Discover, (discovery pgs. 61837, 64701) (Reference discovery pgs. 12248 – 12380, 61838 – 61888).

13) Debra S. Percak, JPMorgan Chase, (discovery pg. 55105) (Reference discovery pgs. 55108 - 61016).

14) Dora Deltoro, FIA Card Services, (discovery pg. 64915) (Reference discovery pgs. 61139-61299).

15) Elisa Jackson, Wells Fargo Bank, (discovery pgs. 39378 – 39379, 39187 – 39188) (Reference discovery pgs. 39380 – 39410, 39189 – 39377).

16) Erika Fields, JPMorgan Chase Bank, N.A., (discovery pg. 28936-28937) (Reference discovery pgs. 28938-29210).

17) Evelyn M. Reinoso, Bank of America, (discovery pgs. 1406 – 1407, 2467 – 2468, 2609 – 2610, 3050 – 3051, 3390, 4085 - 4086, 4116 – 4117) (Reference discovery pgs. 1408 – 2466, 2469 – 2608, 2611 – 3049, 3052 – 3210, 3391 – 4084, 4087 – 4115, 4118 – 5211).

18) Janet Branch, HomEq Servicing, (discovery pg. 62642) (Reference discovery pgs. 22150 – 22846).

19) Janice White, BBVA Compass, (discovery pg. 10075) (Reference discovery pgs. 10076 - 10079).

20) Jeffery F. Bartlett, Equity Trust Company, (discovery pgs. 61889 – 61890) (Reference discovery pgs. 53598 - 55104).

21) Jesus Orozco, Bank of America, (discovery pgs. 3211 – 3212, 5212 – 5213) (Reference discovery pgs. 3213 – 3389, 5214 – 5564).

22) John Balkin, Wells Fargo Bank, (discovery pg. 40656, 64895) (Reference discovery pgs. 40658 – 40664, 40665 - 40742).

23) John Richards, Cash Time Title Loans, (discovery pg. 62597) (Reference discovery pgs. 6085 – 6190).

24) John Richards, Cash Time Title Loans, (discovery pg. 62598) (Reference discovery pgs. 61830 – 61836).

25) Jon Shaw, U.S. Bank National Association, (discovery pg. 62807) (Reference discovery pgs. 62807 – 62870).

26) Judy Kaiser, Fidelity National Title Agency, Inc., (discovery pg. 15293) (Reference discovery pgs. 15294-17144).

27) Judith L. Kaiser, Fidelity National Title Agency, Inc., successor to Ticor Title Agency of Arizona, Inc., (discovery pgs. 62588 – 62589) (Reference

discovery pgs. 62590, 35065 – 35066, 35186 – 35198, 15282 – 15286).

28) Judith L. Kaiser, Fidelity National Title Agency, Inc., successor to Ticor Title Agency of Arizona, Inc., (discovery pgs. 62593 – 62594).

29) Judy Randels, Title Guaranty Agency of Arizona, Inc., (discovery pg. 62593-62594) (Reference discovery pgs. 15715-15717, 15697, 35335, 35312-35315, 35340-35342, 35087-35091, 35126-35128, 36365, 36376-36377, 36320-36323, 36328-36332, 35751, 35762-35763, 35765-35767, 35771-35774, 35655, 35659, 35668-35672, 35684-35687, 36014, 36024, 36028-36031).

30) Judy Randels, Arizona Title Agency, (discovery pg. 62591) (Reference discovery pgs. 817 - 1132).

31) Jyotsanak Vyas, Bank of America, (discovery pgs. 61301 – 61302) (Reference discovery pgs. 61303 – 61308).

32) Keiko M. Morales, Wells Fargo Bank, (discovery pg. 40743) (Reference discovery pgs. 40744 – 41195).

33) Kristy Alexander, Wells Fargo Dealer Services, (discovery pg. 62803) (Reference discovery pgs. 62067 – 62241).

34) LaShanda Dixson, Washington Mutual Bank, (discovery pg. 38412) (Reference discovery pgs. 38413-38610).

35) Lisa M. Robinson, Countrywide Home Loans, Inc., (discovery pg. 10080) (Reference discovery pgs. 10081 – 12246).

36) Lisa Magnuson, GMAC Mortgage L.L.C., (discovery pg. 19936 and 20695) (Reference discovery pgs. 19937 – 20257 and 20694-21015).

37) Lourdes Chaparro, Wells Fargo Bank, (discovery pgs. 39504 – 39505) (Reference discovery pgs. 39506 – 39610).

38) Lora A. Askew, JPMorgan Chase, (discovery pgs. 66348) (Reference discovery pgs. 62484-62485).

39) Margarette Tawfik, Wells Fargo Bank, (discovery pgs. 40489 – 40490) (Reference discovery pgs. 40491 – 40655).

40) Michael Lazell, Capital One Services, L.L.C., (discovery pg. 61310) (Reference discovery pgs. 61311 - 61829).

41) Pamela Borello, HSBC (discovery pgs. 62410, 64894 (Reference discovery pgs. 22847 – 23037, 62411 – 62414).

42) Patricia Lucas, JPMorgan Chase Bank, N.A., (discovery pgs. 28670-28671) (Reference discovery pgs. 28668-28933).

43) Paula Short, Hughes Federal Credit Union, (discovery pg. 62587, 23051) (Reference discovery pgs. 23038 – 23050, 23052 - 23104).

44) Philip Tedesco, Tucson Association of Realtors, (discovery pg. 62797) (Reference discovery pgs. 34815 – 34944).

45) Portia Longo, Wells Fargo Bank, N.A., (discovery pg. 62242 – 62243) (Reference discovery pgs. 62244 – 62246).

46) Prema Menghani, Arizona Federal, (discovery pg. 1378) (Reference discovery pgs. 1379 – 1405).

47) Richard Motschenbacher, Bank of America, (discovery pgs. 51894 – 51896) (Reference discovery pgs. 51897 - 52296).

48) Robert Behrens, MSN, (discovery pg. 42906).

49) Robert J. Lane, Resmae Mortgage, (discovery pg. 33562) (Reference discovery pgs. 33563-34204).

50) Robert Williams, GMAC ResCap, (discovery pg. 20676) (Reference discovery pgs. 20258-20694).

51) Sandi Smithe, Bank of Tucson, (discovery pgs. 62595 – 62596) (Reference discovery pgs. 5908 – 5959).

52) Sean O'Malley, Federal Reserve Bank, (discovery pgs. 15263 – 15264, 15276 – 15277) (Reference discovery pgs. 15265 – 15275, 15278 – 15280).

53) Shawna Ruboyianes, Stewart Title & Trust of Tucson, (discovery pgs. 62599 – 62600) (Reference discovery pgs. 34794 – 34813, 62601 – 62604).

54) Sophia Placencio, National Bank of Arizona, (discovery pg. 30494)(Reference discovery pgs. 30495 – 32655).

55) Tameka Brown, BBVA Compass Bank, (discovery pg. 10066) (Reference discovery pgs. 10067 – 10074).

56) Theresa Jones, Wells Fargo Bank, N.A., (discovery pg. 64893) (Reference discovery pgs. 52297-52358).

57) Vanessa Bradley, Wells Fargo Bank, (discovery pgs. 40223 – 40224, 40428 - 40429) (Reference discovery pgs. 40225 – 40427, 40430 - 40442).

The government has previously provided a copy of the above affidavits to the defense identified by bates number.  The government may supplement this notice relating to other custodian certifications for other documents.

RESPECTFULLY submitted this 3rd day of January 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 3rd day of January, 2014, to:

Christian J. Kimminau, Esq.
Jeffrey D. Bartolino, Esq.
Thomas L. Fink, Esq.
Roberto C. Montiel, Esq.
Counsel for defendants