## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Dino Sisneros , et al.          ,
DEFENDANT.

CR 11-00794-TUC-RCC (CRP)

## WITNESS LIST

| PRESIDING JUDGE<br>Hon. Raner C. Collins | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica Grund |
|---|---|---|
| HEARING DATE(S)<br><br>Trial: February 25, 2014 | PLAINTIFF ATTORNEY(S)<br><br>Jonathan B. Granoff<br>Cory M. Picton (Co-Counsel) | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Thomas L. Fink<br>Roberto C. Montiel |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | Chad Ayers | |
| 2 | | | | Ronald Bas | |
| 3 | | | | Terry Bishop | |
| 4 | | | | Irma Bush | |
| 5 | | | | Edward Chapman | |
| 6 | | | | Mary Cooke | |
| 7 | | | | Thomas Cooke | |
| 8 | | | | Kathleen Corrow | |
| 9 | | | | Charles Costin | |
| 10 | | | | Frank Coury | |
| 11 | | | | Jacklyn Coury | |
| 12 | | | | Theresa Coyne | |
| 13 | | | | Timothy Coyne | |
| 14 | | | | Ginger Cunningham | |
| 15 | | | | Armando Flores | |
| 16 | | | | Martin Henderson | |
| 17 | | | | Patricia Henderson | |
| 18 | | | | Anneke Irwin | |
| 19 | | | | Robert Irwin | |

## *WITNESS LIST CONTINUED*

| | | | | | |
|---|---|---|---|---|---|
| United States of America v. Dino Sisneros, et al. | | | | CR 11-00794-TUC-RCC (CRP) | *pg. 2* |
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
| 20 | | | | Heather Koenig | |
| 21 | | | | Jerry Laney | |
| 22 | | | | Paul Matello | |
| 23 | | | | Raymond Mungia | |
| 24 | | | | Cynthia Moats | |
| 25 | | | | Doran Moats | |
| 26 | | | | Mike Monroe | |
| 27 | | | | Pasquale Montesanti | |
| 28 | | | | Keith Mueller | |
| 29 | | | | Luis Perez | |
| 30 | | | | Philip A. Puleo | |
| 31 | | | | Dana Pulsifer | |
| 32 | | | | James Quijada | |
| 33 | | | | Michael Riffle | |
| 34 | | | | Belinda Riffle | |
| 35 | | | | Diane Rodgers | |
| 36 | | | | John Rodgers | |
| 37 | | | | Larry Steers | |
| 38 | | | | Renee Steers | |
| 39 | | | | David Stone | |
| 40 | | | | Dean Tebo | |
| 41 | | | | Mona Tebo | |
| 42 | | | | Andrea Villalba | |
| 43 | | | | William Wade | |
| 44 | | | | Steve Williams | |
| 45 | | | | Mitzi Whorton | |
| 46 | | | | Todd Wolff | |
| 47 | | | | Catalina Wongseng | |
| 48 | | | | Wanchai Wongseng | |
| 49 | | | | Douglas Wright | |
| 50 | | | | Larry Youdelman | |
| 51 | | | | Tanis Duncan | |
| 52 | | | | Yvonne Guttierez | |
| 53 | | | | Alexander Berger | |

## WITNESS LIST CONTINUED

| United States of America v. Dino Sisneros, et al. | | | | CR 11-00794-TUC-RCC (CRP) | *pg. 3* |
|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
| 54 | | | | Leroy Hunter | |
| 55 | | | | Dana Marino | |
| 56 | | | | Paul Seligmann | |
| 57 | | | | Ricky Jones | |
| 58 | | | | Marty Roth | |
| 59 | | | | Marie Roth | |
| 60 | | | | Patrick Quigley | |
| 61 | | | | Sherie Quigley | |
| 62 | | | | Mark Koenig | |
| 63 | | | | Dale Sloan | |
| 64 | | | | Tracey Aguirre | |
| 65 | | | | Alfred Maldonado | |
| 66 | | | | Lynda Washburn | |
| 67 | | | | Charles Freund | |
| 68 | | | | Renee Freund | |
| 69 | | | | Shannon Marty | |
| 70 | | | | Carl Weinstein | |
| 71 | | | | Kathy Wright | |
| 72 | | | | Ernie Almada | |
| 73 | | | | Lewis Williams | |
| 74 | | | | John Dowd | |
| 75 | | | | Renee Dowd | |
| 76 | | | | Hector Garcia | |
| 77 | | | | Deborah Garcia | |
| 78 | | | | David Phelps, III | |
| 79 | | | | Don Comer | |
| 80 | | | | Melissa Sisneros' Brother/father | |
| 81 | | | | Richard Koevary – Expert Witness | |
| 82 | | | | Judy Randels – Arizona Title Agency/Title Guaranty Agency | |
| 83 | | | | Representative of Wallick & Volk | |
| 84 | | | | Representative of CitiMortgage, Inc. | |
| 85 | | | | Representative of Deutsche Bank | |
| 86 | | | | Representative of Lawyer's Title Agency | |

## WITNESS LIST CONTINUED

| United States of America v. Dino Sisneros, et al. | | | | CR 11-00794-TUC-RCC (CRP) | *pg. 4* |
|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
| 87 | | | | Representative of Fidelity Title Agency | |
| 88 | | | | Representative of Ameriquest Mortgage Company or Diane Tucker, Edward McDonald | |
| 89 | | | | Representative of Pemmtek Mortgage or Al Scheve | |
| 90 | | | | Representative of Argent Mortgage or Diane Tucker, Eddie McDonald | |
| 91 | | | | Representative of Decision One Mortgage | |
| 92 | | | | Representative of Ticor Title Agency | |
| 93 | | | | Representative of GMAC Mortgage | |
| 94 | | | | Representative of Option One Mortgage or Steven Vo | |
| 95 | | | | Representative of Argent Mortgage or Julie Cantue, Diane Tucker, Richard Johnson, Tracy Harding, Bradley Wayman | |
| 96 | | | | Representative of JP Morgan Chase Bank | |
| 97 | | | | Representative of No Red Tape Mortgage | |
| 98 | | | | Representative of North County Real Estate dba HMC Funding or Curtis Mathews, Peter Dinell, Coury Real or Curtis Mathews | |
| 99 | | | | Representative of Hamilton Mortgage Company or Brian Waterman, Tara Wheeler | |
| 100 | | | | Representative of ComUnity Lending, Inc. or Peter Danne, Rick Williams, Danny Hewlett | |
| 101 | | | | Representative of Resmae Mortgage Corporation or Bruce Flynn, Mark Muro, Tarik Gammoh, Belinda Wood | |
| 102 | | | | Representative of EquiTrust or Diego Gonzalez | |
| 103 | | | | Representative of WAMU or Jason Roskey | |
| 104 | | | | Representative of Stewart Title and Trust Agency | |
| 105 | | | | Representative of First American Title Company | |
| 106 | | | | Representative of Citibank, N.A. | |
| 107 | | | | Representative of Federal Reserve Bank of New York | |
| 108 | | | | Representative of Wells Fargo Bank | |
| 109 | | | | Representative of Bank of America | |
| 110 | | | | Representative of Deutsche Bank Trust Company | |
| 111 | | | | Representative of JPMorgan Chase Bank | |
| 112 | | | | Representative of Centennial Bank | |

## WITNESS LIST CONTINUED

| United States of America v. Dino Sisneros, et al. | | | | | CR 11-00794-TUC-RCC (CRP) | *pg. 5* |
|---|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | | UNDER RULE |
| 113 | | | | Representative of Wachovia Bank, N.A. | | |
| 114 | | | | Representative of Washington Mutual Bank | | |
| 115 | | | | Representative of BBV Compass Bank | | |
| 116 | | | | Representative of the City of Tucson | | |
| 117 | | | | Representative of Sun American Mortgage | | |
| 118 | | | | Representative of American Mortgage Company | | |
| 119 | | | | Representative of First Finance – Paul LaChance | | |
| 120 | | | | Representative of Empire Mortgage | | |
| 121 | | | | Representative of Equifirst | | |
| 122 | | | | Representative of PayPal | | |
| 123 | | | | Representative of HomeAway | | |
| 124 | | | | Representative of National Bank of Arizona | | |
| 125 | | | | Any renters of the below listed properties after mortgage payments became sporadic or stopped:<br>2302 N. Camino Cascabel<br>1540 W. Daybreak Circle<br>13724 E. Cienega Creek Drive<br>5221 W. Rhyolite Loop<br>10300 E. Calle Descanso<br>5241 N. Blue Bonnet<br>6840 N. Vista Del Pueblo | | |
| 126 | | | | Special Agent Shawn Batsch | | |
| 127 | | | | Special Agent Anthony Domincis | | |
| 128 | | | | Special Agent Kylie Flick | | |
| 129 | | | | Special Agent Greg Monahan | | |
| 130 | | | | Special Agent Patrick Taylor | | |
| 131 | | | | Special Agent Brian Watson | | |
| 132 | | | | Special Agent Erik Vasquez | | |
| 133 | | | | IRS Agents who participated in search warrant at Vista Del Pueblo (see e.g., discovery pg. 62390) | | |
| 134 | | | | Any Representative/Custodian of Records from any of Entities that Have Been Provided to the Defense | | |
| 135 | | | | | | |
| 136 | | | | | | |
| 137 | | | | | | |
| 138 | | | | | | |

## *WITNESS LIST CONTINUED*

| United States of America v. Dino Sisneros, et al. | | | | | CR 11-00794-TUC-RCC (CRP) | *pg. 6* |
|---|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | | UNDER RULE |
| 139 | | | | | | |
| 140 | | | | | | |
| 141 | | | | | | |
| 142 | | | | | | |
| 143 | | | | | | |
| 144 | | | | | | |
| 145 | | | | | | |
| 146 | | | | | | |
| 147 | | | | | | |
| 148 | | | | | | |
| 149 | | | | | | |
| 150 | | | | | | |
| 151 | | | | | | |
| 152 | | | | | | |
| 153 | | | | | | |
| 154 | | | | | | |
| 155 | | | | | | |
| 156 | | | | | | |
| 157 | | | | | | |
| 158 | | | | | | |
| 159 | | | | | | |
| 160 | | | | | | |
| 161 | | | | | | |
| 162 | | | | | | |
| 163 | | | | | | |