## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 11-00794-TUC-RCC (CRP)

vs.

### SUPPLEMENTAL WITNESS LIST

Dino Sisneros , et al. ,
DEFENDANT.

| PRESIDING JUDGE<br>Hon. Raner C. Collins | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica Grund |
|---|---|---|
| HEARING DATE(S)<br><br>Trial: February 25, 2014 | PLAINTIFF ATTORNEY(S)<br><br>Jonathan B. Granoff<br>Cory M. Picton (Co-Counsel) | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Thomas L. Fink<br>Roberto C. Montiel |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 135 | | | | IRS Agent re Tax Information | |
| 136 | | | | IRS Agent re Summary Charts | |
| 137 | | | | | |
| 138 | | | | | |
| 139 | | | | | |
| 140 | | | | | |
| 141 | | | | | |
| 142 | | | | | |
| 143 | | | | | |
| 144 | | | | | |
| 145 | | | | | |
| 146 | | | | | |
| 147 | | | | | |
| 148 | | | | | |
| 149 | | | | | |
| 150 | | | | | |
| 151 | | | | | |
| 152 | | | | | |