JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Dino Sisneros,<br><br>　　　　　　　Defendant. | CR 11-794-TUC-RCC (CRP)<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT DINO SISNEROS'S MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE (DOCS. #408, 466)** |

Plaintiff, United States of America, by and through its attorneys, John S. Leonardo, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant U.S. Attorney, hereby responds to defendant Dino Sisneros' motion to suppress search warrant evidence. In support thereof, the following is stated. Defendant Dino Sisneros has adopted co-defendant Melissa Sisneros's motion to suppress search warrant evidence. The government hereby adopts its previous response to Melissa Sisneros's motion to suppress search warrant evidence. (doc. #441). The defendant has also adopted other motions of the co-defendants. The government further adopts its previous responses to those motions.

The government further submits that the issues relating to defendant Dino Sisneros's adopted motion to suppress search warrant evidence have been previously litigated and ruled on in CR12-174-CKJ-LAB. *See* doc. 118. This court should adopt Judge Jorgenson's order relating to these issues. Additionally, defendant, Dino Sisneros

should be precluded from raising these same issues before this court based on the doctrine of collateral estoppel. *See United States v. Romeo*, 114 F.3d 141 (9th Cir. 1997) (*quoting*, *Ashe v. Swenson*, 397 U.S. 436, 443 (1970)).

RESPECTFULLY submitted this 8th day of January, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 9th day of January, 2014 to:

Christian J. Kimminau, Esq.
Jeffrey D. Bartolino, Esq.
Thomas L. Fink, Esq.
Roberto C. Montiel, Esq.
Attorneys for defendants