JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Dino Sisneros, Melissa Sisneros, Michael Quiroz, and Catherine Tarin,<br><br>　　　　　Defendants. | CR 11-00794-TUC-RCC (CRP)<br><br>GOVERNMENT'S MOTION TO SUPPLEMENT WITNESS LIST |

　　　　Plaintiff, United States of America, by and through its attorneys, John S. Leonardo, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant U.S. Attorney, hereby files this motion to supplement its Witness List. The Government requests the court's permission to add four (4) additional witnesses. Two (2) of these witnesses are representatives from financial institutions. There is no prejudice to any defendant by adding these witnesses at this time prior to trial. Therefore, the Government respectfully requests leave to supplement its Witness List. The Government will file its Supplemental Witness List simultaneously with this pleading to provide defense counsel notice of the additional witnesses.

///

///

///

RESPECTFULLY submitted this 16th day of January, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 16th day of January, 2014, to:

Christian J. Kimminau, Esq.
Jeffrey D. Bartolino, Esq.
Thomas L. Fink, Esq.
Roberto C. Montiel, Esq.
Attorneys for defendants