UNITED STATES DISTRICT COURT   CRIMINAL MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 1/27/2014             CASE NUMBER:   CR 11-00794-TUC-RCC(CRP)

USA vs. DINO SISNEROS, et al

HONORABLE RANER C. COLLINS, 7024

Clerk: Sherry Gammon                                Court Reporter: Erica Grund

U.S. Attorney   Jonathan Granoff and Cory Picton         INTERPRETER REQ'D  N/A as to all defendants

DEFENDANT: 1) Dino Sisneros (Custody) Present. Christian Kimminau (CJA) Present.
DEFENDANT: 2) Melissa Sisneros (Released) Present. Jeffrey Bartolino (CJA) Present.
DEFENDANT: 3) Michael Quiroz (Released) Present. Thomas Fink (CJA) Present.
DEFENDANT: 5) Catherine Tarin (Released) Presence Waived. Roberto Montiel (CJA) Present.
DEFENDANT: 7) Timothy Coyne (Released) Presence Waived. Dan Cooper (CJA) Present.

Matter comes before the Court for a Motion Hearing.

Dan Cooper orally motions the Court to sever defendant 7, Timothy Coyne. The Government has no objection. IT IS ORDERED GRANTING the oral motion to sever as to defendant 7, Timothy Coyne. Jury trial for defendant 7 remains set for 2/25/2014 at 9:30 a.m. before Chief Judge Raner C. Collins. Any motions to continue trial filed by defendant 7, Timothy Coyne, will only apply to him.

Mr. Bartolino addresses the Court and orally motions the Court to continue trial.

Mr. Fink objects to the Government's use of written certifications to qualify their written evidence. He proposes the Court schedule an Evidentiary Hearing allowing the Government to have a sampling of their witnesses present for testimony.

The Court and all counsel convene in chambers for *in camera* discussion. Following return to the record, IT IS ORDERED this matter is continued for an Evidentiary Hearing on **2/18/2014 at 10:30 a.m. before Chief Judge Raner C. Collins**. Mr. Fink shall file a motion regarding the issues to be addressed at the Evidentiary Hearing. Mr. Fink and Mr. Granoff shall meet to determine a representative list of witnesses to testify at the Evidentiary Hearing.

IT IS FURTHER ORDERED the Government may disclose sealed plea agreements, Grand Jury transcripts and tax records to defense counsel.

The Court does not rule on any motion this date.

Jury Trial remains set as to all defendants on 2/25/2014 at 9:30 a.m. before Chief Judge Raner C. Collins. The Court will address the request to continue trial at the Evidentiary Hearing.

                                    In Court Hearing (Motion Hearing) 35 Minutes
                                    In Camera Hearing: 20 Minutes
                                    Start:1:30 p.m. End: 2:25 p.m.