JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Dino Sisneros, Melissa Sisneros, Michael Quiroz, and Catherine Tarin,<br><br>    Defendants. | CR 11-00794-TUC-RCC (CRP)<br><br>**SECOND AMENDED NOTICE OF INTENT TO USE WRITTEN CERTIFICATION PURSUANT TO FED. R. EVID. 902(11))** |

Now comes the United States of America, by and through its undersigned attorneys, John S. Leonardo, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant United States Attorney, hereby withdraws its notice of intent to introduce written certifications with accompanying records relating to witness #20 of the custodian certifications produced by Jeffrey Bartlett, Equity Trust Company, reference discovery #53598 – 55104. Mr. Barlett was previously listed in the government's notice, doc. #454.

RESPECTFULLY submitted this 7th day of February, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Copy of the foregoing served
electronically or by other means,
this 7th day of February, 2014, to:

Christian J. Kimminau, Esq.
Jeffrey D. Bartolino, Esq.
Thomas L. Fink, Esq.
Roberto C. Montiel, Esq.
Counsel for defendants