## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 11-00794-TUC-RCC (CRP)

vs.

*WITNESS LIST*

Dino Sisneros, et al.,
DEFENDANT.

| PRESIDING JUDGE<br>HON. RANER C. COLLINS | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica Grund |
|---|---|---|
| HEARING DATE(S)<br><br>Evidentiary Hearing:<br>February 18, 2014 @ 10:30 am | PLAINTIFF ATTORNEY(S)<br><br>Jonathan B. Granoff<br>Cory M. Picton (Co-Counsel) | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Thomas L. Fink<br>Roberto C. Montiel |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | Lanisa E. Jenkins - Bank of America | |
| 2 | | | | Suzanne M. Johnstone – Select Portfolio Servicing | |
| 3 | | | | Edward L. Sweeney - JPMorgan Chase Bank | |
| 4 | | | | Charles A. Schmitt - HSBC | |