## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

<u>United States of America,</u>
PLAINTIFF,

                                                                    CR 11-00794-TUC-RCC (CRP)

    vs.

                                                                     *EXHIBIT LIST*

<u>Dino Sisneros, et al.          ,</u>
DEFENDANT.

| PRESIDING JUDGE<br>HON. RANER C. COLLINS | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica Grund |
|---|---|---|
| HEARING DATE(S)<br><br>Evidentiary Hearing:<br>February 18, 2014 @ 10:30 am | PLAINTIFF ATTORNEY(S)<br><br>Jonathan B. Granoff<br>Cory M. Picton (Co-Counsel) | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Thomas L. Fink<br>Roberto C. Montiel |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | | 10460 N. Flintlock Loan File (Bank of America) (**Reference Discovery #5565, 5566 - 5907**) |
| 2 | | | 6133 W. Sunset Drive (Select Portfolio Servicing) (**Reference Discovery #34280, 34281 – 34578**) |
| 3 | | | 5221 W. Rhyolite Loop (JPMorgan Chase Bank) (**Reference Discovery #55105 - 55107, 55710 – 56549, 58747 – 59887**) |
| 4 | | | 6840 N. Vista Del Pueblo (Refinance) (JPMorgan Chase Bank) (**Reference Discovery #55105 - 55107, 55108 - 55709**) |
| 5 | | | 13724 E. Cienega Creek Drive (JPMorgan Chase Bank) (**Reference Discovery #55105 - 55107, 56550 – 57174, 57175 - 57967**) |
| 6 | | | 2302 N. Camino Cascabel (2007 Loan) (JPMorgan Chase Bank) (**Reference Discovery #55105 - 55107, 57968 – 58746, 59888 - 61016**) |
| 7 | | | 1540 W. Daybreak Circle (5/05 Loan) (HSBC) (**Reference Discovery #64894, 22847 – 23037, 61891 – 61955, 62411 - 62414**) |
| | | | |
| | | | |
| | | | |
| | | | |