JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Dino Sisneros, Melissa Sisneros, Michael Quiroz, and Catherine Tarin,<br><br>                    Defendants. | CR 11-00794-TUC-RCC (CRP)<br><br>SECOND SUPPLEMENTAL NOTICE OF INTENT TO USE WRITTEN CERTIFICATION PURSUANT TO FED. R. EVID. 902(11)) |

Now comes the United States of America, by and through its undersigned attorneys, John S. Leonardo, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant United States Attorney, hereby gives notice of intent to introduce written certifications with accompanying records pursuant to Federal Rules of Evidence 803(6) and 902(11). Under the rules, a Custodian of Record or other qualified witness may certify a document as a business record through a written declaration that meets the requirements of the Rule in lieu of live testimony.

In the interest of conserving judicial resources as well as those of the United States, jurors, witnesses, and defense counsel, the following witnesses for the government will have provided written declarations so that their testimony may not otherwise be required at trial. The government may introduce such records identified below that accompany the business records certifications during the trial without live testimony:

1) Charles A. Schmitt, HSBC, (discovery pg. 69109) (Reference discovery pgs. 22847 – 23037, 66580 - 66773);

2) Lisa Magnuson, GMAC Mortgage, LLC, (discovery pgs. 19936, 20695) (Reference discovery pgs. 19937 – 20257 and 20696 - 21015);

3) Robert Williams, GMAC Mortgage, LLC, (discovery pg. 20676) (Reference discovery pgs. 20258 – 20694); and

4) Keiko Morales, Wells Fargo Home Mortgage, (discovery 40743) (Reference discovery pgs. 40744 – 42447).

The government has previously provided a copy of the above affidavits to the defense identified by bates number. The government may supplement this notice relating to other custodian certifications for other documents.

RESPECTFULLY submitted this 3rd day of June, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 3rd day of June, 2015, to:

Christian J. Kimminau, Esq.
Jeffrey D. Bartolino, Esq.
Elias Damaniakos, Esq.
Counsel for defendants