# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

CR 11-794-TUC-RCC

## *WITNESS LIST*

Dino Sisneros, et al.
DEFENDANT.

| PRESIDING JUDGE<br>RANER C. COLLINS | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica McQuillen |
|---|---|---|
| HEARING DATE(S)<br>PRETRIAL MOTION:<br>June 9 - 12, 2015 | PLAINTIFF ATTORNEY(S)<br>Jonathan B. Granoff<br>Cory M Picton<br>Lori L. Price | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Elias Damianakos |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | Mike Urtel (Argent Mortgage) (**T# 1, 2, 5, 8** and **8512 N. La Oesta Avenue**) | |
| 2 | | | | Kathleen Wood-Wagner (Citi Residential Lending) (**T#1, 2, 5, 8** and **8512 N. La Oesta Avenue**) | |
| 3 | | | | Michael Groff (Wallick & Volk) (**T#3** and **1540 W. Daybreak Circle (2/6/2002)**) | |
| 4 | | | | Alan Scheve (Pemm-Tek Mortgage) (**T# 4**) | |
| 5 | | | | Scott Stewart (Empire Mortgage) (**T#7**) | |
| 6 | | | | Albert Smith, Jr. (EMC Mortgage) (**T# 9, 13, 14**) | |
| 7 | | | | Dale Knott (HMC Funding) (**T#10, 11, 12**) | |
| 8 | | | | James Lyddon (Hamilton Mortgage) (**T#13**) | |
| 9 | | | | Loretta Poch (Specialized Loan Servicing) (**T#4**) | |
| 10 | | | | Ed Sweeney (WAMU/JP Morgan Chase Bank) (**T#17**) | |
| 11 | | | | Terry Turk (Sun American Mortgage) (**5241 N. Blue Bonnet** and **6133 W. Sunset Road**) | |
| 12 | | | | Kyle Paris (Wells Fargo Bank) (**5241 N. Blue Bonnet**) | |
| 13 | | | | Gwendolyn Tyler (ComUnity Lending) (**T#14, 18**) | |
| 14 | | | | Kylie Flick, IRS | |
| 15 | | | | Lisa Magnuson, GMAC (**T#7, #10**) | |