## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 11-794-TUC-RCC

vs.

*EXHIBIT LIST*

Dino Sisneros, et al.,
DEFENDANT.

| PRESIDING JUDGE<br>RANER C. COLLINS | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica McQuillen |
|---|---|---|
| HEARING DATE(S)<br><br>PRETRIAL MOTION:<br>June 9, 2015 @ 9:00 a.m. | PLAINTIFF ATTORNEY(S)<br>Jonathan B. Granoff<br>Cory M. Picton<br>Lori L. Price | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Elias Damianakos |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | | Property Diagram for 4425 N. Pontatoc Road (**T#1**) (**Bates Nos. 67609 – 67611**) |
| 2A | | | Letter from Citi Residential dated March 14, 2008 (**T#'s 1, 2, 5, 8, and 8512 N. La Oesta**) (**Bates No. 6199**) |
| 2B | | | Loan File for 4425 N. Pontatoc Road Produced by Citi-Residential Lending; copy of Mortgage and Final Title Policy (**T#1**) (**Bates Nos. 6300, 6302 – 6492, 6495 – 6527**) |
| 3 | | | Certified Copy of Deed of Trust for 4425 N. Pontatoc Road (**T#1**) (**Bates Nos. 69015 – 69034**) |
| 4 | | | Property Diagram for 6011 N. Panorama Drive (**T#2**) (**Bates Nos. 67612 – 67614**) |
| 5 | | | Loan File for 6011 N. Panorama Drive Produced by Citi-Residential; copy of Mortgage and Final Title Policy (**T#2**) (**Bates Nos. 7197 – 7418; 7421 - 7458**) |
| 6 | | | Certified Copy of Deed of Trust for 6011 N. Panorama Drive (**T#2**) (**Bates Nos. 68965 – 68988**) |
| 7 | | | Property Diagram for 8718 N. Mahogany Road (**T#3**) (**Bates Nos. 67615 – 67617**) |
| 8 | | | Loan File for 8718 N. Mahogany Road Produced by Wallick and Volk (**T#3**) (**Bates Nos. 37563 – 37851**) |
| 9 | | | Certified Copy of Deed of Trust for 8718 N. Mahogany Road (**T#3**) (**Bates Nos. 68946 – 68964**) |
| 10 | | | Property Diagram for 5745 W. Sunset Road (**T#4**) (**Bates Nos. 67621 – 67623**) |

## EXHIBIT LIST CONTINUED

| United States of America v. Dino Sisneros, et al. | | | CR 11-794-TUC-RCC | *pg. 2* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 11 | | | Loan File for 5745 W. Sunset Road Produced by Specialized Loan Servicing (**T#4**) (**Bates Nos. 34690-34790**) | |
| 12 | | | Certified Copy of Deed of Trust for 5745 W. Sunset Road (**T#4**) (**Bates Nos. 68555 – 68569; 68570 – 68590**) | |
| 13 | | | Property Diagram for 1400 W. Calle Concordia (**T#5**) (**Bates Nos. 67618 – 67620**) | |
| 14 | | | Loan File for 1400 W. Calle Concordia Produced by Citi-Residential Lending (**T#5**) (**Bates Nos. 8173 – 8288, 8293 – 8388**) | |
| 15 | | | Certified Copy of Deed of Trust for 1400 W. Calle Concordia (**T#5**) (**Bates Nos. 68639 – 68658**) | |
| 16 | | | Property Diagram for 1540 W. Daybreak Circle (**T#6**) (**Bates No. 67624**) | |
| 17A | | | Custodian Affidavit from HSBC (**T#6**) (**Bates Nos. 69108 – 69109**) | |
| 17B | | | First Loan File for 1540 W. Daybreak Circle Produced by HSBC (**T#6**) (**Bates Nos. 22847 -23037**) | |
| 17C | | | Second Loan File for 1540 W. Daybreak Circle Produced by HSBC (**T#6**) (**Bates Nos. 66580-66773**) | |
| 18 | | | Certified Copy of Deed of Trust for 1540 W. Daybreak Circle (**T#6**) (**Bates Nos. 68859 – 68877; 68879 – 68886**) | |
| 19 | | | Property Diagram for 2302 N. Camino Cascabel (**T#7**) (**Bates Nos. 67625 – 67627**) | |
| 20A | | | Custodian Affidavit from GMAC (**T#7**) (**Bates Nos. 20676**) | |
| 20B | | | Loan File for 2302 N. Camino Cascabel Produced by GMAC (**T#7**)(**Bates Nos. 20257 – 20675**) | |
| 21 | | | Certified Copy of Second Deed of Trust and Deed of Trust for 2302 N. Camino Cascabel (**T#7**) (**Bates Nos. 68702 – 68705; 68706 – 68729**) | |
| 22 | | | Property Diagram for 5936 E. Paseo Cimarron (**T#8**) (**Bates Nos. 67628 – 67630**) | |
| 23 | | | Loan File for 5936 E. Paseo Cimarron Produced by Argent Mortgage (**T#8**) (**Bates Nos. 9662 – 9700; 66990 – 67271**) | |
| 24 | | | Certified Copy of Deed of Trust for 5936 E. Paseo Cimarron (**T#8**) (**Bates Nos. 68989 – 69014**) | |
| 25 | | | Property Diagram for 6840 N. Vista Del Pueblo (Refinance) (**T#9**) (**Bates Nos. 67631 – 67633**) | |
| 26 | | | Loan File for 6840 N. Vista Del Pueblo (Refinance) Produced by JP Morgan Chase Bank (**T#9**) (**Bates Nos. 55108 – 55503**) | |
| 27 | | | Certified Copy of Deed of Trust for 6840 N. Vista Del Pueblo (Refinance) (**T#9**) (**Bates Nos. 69057 – 69083**) | |

*EXHIBIT LIST CONTINUED*

| United States of America v. Dino Sisneros, et al. | | | CR 11-794-TUC-RCC | *pg. 3* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 28 | | | Property Diagram for 6840 N. Vista Del Pueblo (HELOC) (**T#10**) (**Bates Nos. 67634 – 67635**) | |
| 29A | | | Custodian of Records Affidavit, GMAC, for 6840 N. Vista Del Pueblo (**T#10**) (**Bates Nos. 19936**) | |
| 29B | | | Loan File for 6840 N. Vista Del Pueblo (HELOC) Produced by GMAC (**T#10**) (**Bates Nos. 19939 – 20256**) | |
| 30 | | | Certified Copy of Home Equity Line of Credit Deed of Trust for 6840 N. Vista Del Pueblo (HELOC) (**T#10**) (**Bates Nos. 69084 – 69099**) | |
| 31 | | | Property Diagram for 2302 N. Camino Cascabel (Refinance) (**T#11**) (**Bates No. 67636**) | |
| 32 | | | Loan File for 2302 N. Camino Cascabel (Refinance) Produced by HMC Funding (**T#11**) (**Bates Nos. 21617 – 21914**) | |
| 33 | | | Certified Copy of Deed of Trust for 2302 N. Camino Cascabel (Refinance) (**T#11**) (**Bates Nos. 68730 – 68752**) | |
| 34 | | | Property Diagram for 2302 N. Camino Cascabel (HELOC) (**T#12**) (**Bates No. 67637**) | |
| 35 | | | Loan File for 2302 N. Camino Cascabel (HELOC) Produced by HMC Funding (**T#12**) (**Bates Nos. 21916 – 22083**) | |
| 36 | | | Certified Copy of Home Equity Line of Credit Deed of Trust for 2302 N. Camino Cascabel (HELOC) (**T#12**) (**Bates Nos. 68753 – 68771**) | |
| 37 | | | Property Diagram for 5221 W. Rhyolite Loop (**T#13**) (**Bates Nos. 67638 – 67642**) | |
| 38A | | | First Loan File for 5221 W. Rhyolite Loop Produced by JP Morgan Chase Bank (**T#13**) (**Bates Nos. 58747 – 59887**) | |
| 38B | | | Second Loan File for 5221 W. Rhyolite Loop Produced by JP Morgan Chase Bank (**T#13**) (**55710 – 56549**) | |
| 39 | | | Certified Copy of Deeds of Trust for 5221 W. Rhyolite Loop (**T#13**) (**Bates Nos. 69037 – 69056; 69278 - 69306**) | |
| 40 | | | Property Diagram for 13724 E. Cienega Creek (**T#14**) (**Bates Nos. 67643 – 67645**) | |
| 41A | | | First Loan File for 13724 E. Cienega Creek Produced by JP Morgan Chase Bank (**T#14**) (**Bates Nos. 56550 – 57174**) | |
| 41B | | | Second Loan File for 13724 E. Cienega Creek Produced by JP Morgan Chase Bank (**T#14**) (**Bates Nos. 57175 – 57467**) | |
| 42 | | | Certified Copy of Deeds of Trust for 13724 E. Cienega Creek (**T#14**) (**Bates Nos. 68772 – 68814; 69307 - 69335**) | |
| 49 | | | Property Diagram for 2302 N. Camino Cascabel (Refinance) (**T#17**) (**Bates No. 67650**) | |

## EXHIBIT LIST CONTINUED

| United States of America v. Dino Sisneros, et al. | | | CR 11-794-TUC-RCC | *pg. 4* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 50A | | | First Loan File for 2302 N. Camino Cascabel (Refinance) Produced by JP Morgan Chase Bank (**T#17**) (**Bates Nos. 59888 – 60967**) | |
| 50B | | | Second Loan File for 2302 N. Camino Cascabel (Refinance) Produced by JP Morgan Chase Bank (**T#17**) (**Bates Nos. 57968 – 58746**) | |
| 51 | | | Certified Copy of Deed of Trust and WAMU Equity Plus Deed of Trust for 2302 N. Camino (Refinance) (**T#17**) (**Bates Nos. 68659 – 68688; 68689 – 68701**) | |
| 52 | | | Property Diagram for 10460 N. Flintlock (**T#18**) (**Bates Nos. 67651 – 67653**) | |
| 53A | | | Custodian Affidavit for 10460 N. Flintlock (**T#18**) (**Bates Nos. 5565**) | |
| 53B | | | Loan File for 10460 N. Flintlock Produced by Bank of America, N.A. (**T#18**) (**Bates Nos. 5566 – 5907**) | |
| 54 | | | Certified Copy of Deed of Trust for 10460 N. Flintlock (**T#18**) (**Bates Nos. 68910 – 68925**) | |
| 55 | | | Property Diagram for 1540 W. Daybreak Circle (**Bates Nos. 67663 – 67664**) | |
| 56A | | | Custodian of Records Affidavit, Countrywide Home Loans (**Bates No. 10080**) | |
| 56B | | | Loan File for 1540 W. Daybreak Circle Produced by Countrywide Home Loans Inc. (**Bates Nos. 10292 – 10457**) | |
| 57 | | | Certified Copy of Deed of Trust for 1540 W. Daybreak Circle (**Bates Nos. 68842 – 68858**) | |
| 58 | | | Property Diagram for 5241 N. Blue Bonnet (**Bates Nos. 67657 – 67659**) | |
| 59A | | | Custodian of Records Affidavit, Wells Fargo Bank, N.A., (**Bates No. 40743**) | |
| 59B | | | Loan File for 5241 N. Blue Bonnet Produced by Wells Fargo Bank, N.A. (**Bates Nos. 41912 – 42076**) | |
| 60 | | | Certified Copy of Deed of Trust for 5241 N. Blue Bonnet (**Bates Nos. 68617 – 68631; 68632 – 68638**) | |
| 61 | | | Property Diagram for 6133 W. Sunset Road (**Bates Nos. 67660 – 67662**) | |
| 62 | | | Loan File for 6133 W. Sunset Road Produced by Select Portfolio Servicing, Inc. (**Bates Nos. 34281 – 34578**) | |
| 63 | | | Certified Copy of Deed of Trust for 6133 W. Sunset Road (**Bates Nos. 68591 – 68607; 68608 - 68616**) | |
| 64 | | | Property Diagram for 8512 N. La Oesta Avenue (**Bates Nos. 67654 – 67656**) | |

## *EXHIBIT LIST CONTINUED*

| United States of America v. Dino Sisneros, et al. | | | CR 11-794-TUC-RCC | *pg. 5* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 65 | | | Loan File for 8512 N. La Oesta Avenue Produced by Argent Mortgage (**Bates Nos. 66795 – 66989**) | |
| 66 | | | Certified Copy of Deed of Trust for 8512 N. La Oesta Avenue (**Bates Nos. 68926 – 68945**) | |
| 67 | | | Certified Copy of Driver's License of Dino Sisneros (**Bates Nos. 67290 – 67292**) | |
| 68 | | | Certified Copy of Driver's License of Melissa Sisneros (**Bates Nos. 67293 – 67295**) | |
| 69 | | | Certified Copy of Driver's License of Michael Quiroz (**Bates Nos. 68549 – 68551**) | |
| 70 | | | Certified Copy of Driver's License of Larry Wade Steers (**Bates Nos. 69124 – 69126**) | |
| 71 | | | Certified Copy of Driver's License of Robert Wesley Irwin (**Bates Nos. 69127 – 69129**) | |
| 72 | | | Certified Copy of Driver's License of Theresa Mary Coyne (**Bates Nos. 69130 – 69132**) | |
| 73 | | | Certified Copy of Driver's License of Timothy Robert Coyne (**Bates Nos. 69133 – 69135**) | |
| 74 | | | Certified Copy of Driver's License of Doran Leroy Moats (**Bates Nos. 69136 – 69138**) | |
| 75 | | | Certified Copy of Driver's License of Thomas William Cooke (**Bates Nos. 69139 – 69141**) | |
| 76 | | | | |
| 77 | | | | |
| 78 | | | | |
| 79 | | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 84 | | | | |
| 85 | | | | |
| 86 | | | | |
| 87 | | | | |