# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 11-794-TUC-RCC

vs.

*SUPPLEMENTAL EXHIBIT LIST*

Dino Sisneros, et al.            ,
DEFENDANT.

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| RANER C. COLLINS | Sherry Gammon | Erica McQuillen |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| PRETRIAL MOTION:<br>June 9, 2015 @ 9:00 a.m. | Jonathan B. Granoff<br>Cory M. Picton<br>Lori L. Price | Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Elias Damianakos |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 65A | | | Additional Pages for Loan File for 8512 N. La Oesta Avenue Produced by Argent Mortgage and Email (**Bates Nos. 69271 – 69277**) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |