# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Dino Sisneros, et al.
DEFENDANT.

FILED / RECEIVED / LODGED / COPY
JUN 1 2 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CR 11-794-TUC-RCC

AMENDED WITNESS LIST

| PRESIDING JUDGE<br>RANER C. COLLINS | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>~~Erica McQuillen~~ Cheryl Cummings |
|---|---|---|
| HEARING DATE(S)<br>PRETRIAL MOTION:<br>June 9 - 12, 2015 | PLAINTIFF ATTORNEY(S)<br>Jonathan B. Granoff<br>Cory M Picton<br>Lori L. Price | DEFENDANT ATTORNEY(S)<br>Christian J. Kimminau<br>Jeffrey D. Bartolino<br>Elias Damianakos |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 6/11/15 | 6/11/15 | Mike Urtel (Argent Mortgage) (T# 1, 2, 5, 8 and 8512 N. La Oesta Avenue) | |
| 2 | | 6/11/15 | 6/11/15 | Kathleen Wood-Wagner (Citi Residential Lending) (T#1, 2, 5, 8 and 8512 N. La Oesta Avenue) | |
| 3 | | | | Michael Groff (Wallick & Volk) (T#3 and 1540 W. Daybreak Circle (2/6/2002)) | |
| 4 | | 6/9/15 | 6/9/15 + 6/11/15 | Alan Scheve (Pemm-Tek Mortgage) (T# 4) | |
| 5 | | 6/9/15 | 6/9/15 | Scott Stewart (Empire Mortgage) (T#7) | |
| 6 | | 6/12/15 | 6/12/15 | Albert Smith, Jr. (EMC Mortgage) (T# 9, 13, 14) | |
| 7 | | 6/9/15 | 6/9/15 | Dale Knott (HMC Funding) (T#10, 11, 12 ) | |
| 8 | | 6/11/15 | 6/11/15 | James Lyddon (Hamilton Mortgage) (T#13) | |
| 9 | | 6/9/15 | 6/9/15 | Loretta Poch (Specialized Loan Servicing) (T#4) | |
| 10 | | 6/12/15 | 6/12/15 | Ed Sweeney (WAMU/JP Morgan Chase Bank) (T#17) | |
| 11 | | 6/9/15 | 6/9/15 | Terry Turk (Sun American Mortgage) (5241 N. Blue Bonnet and 6133 W. Sunset Road) | |
| 12 | | 6/11/15 | 6/11/15 | Kyle Paris (Wells Fargo Bank) (5241 N. Blue Bonnet) | |
| 13 | | | | Gwendolyn Tyler (ComUnity Lending) (T#14, 18) | |
| 14 | | | | Kylie Flick, IRS | |
| 15 | | | | Lisa Magnuson, GMAC (T#7, #10) | |
| 16 | | 6/12/15 | 6/12/15 | Aaron Brill, No Red Tape Mortgage (T#9) | |