IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         ) | CR 11-00794-TUC-RCC(CRP) |
|        Plaintiff,                 ) | **ORDER** |
| vs.                               ) | |
| Dino Sisneros,                    ) | |
| Melissa Sisneros,                 ) | |
| Michael Quiroz,                   ) | |
|        Defendant.                 ) | |

The Court has taken several motions under advisement and hereby rules as follows:

Motion to Suppress Based on the Sixth Amendment Right to Counsel (Doc. 270) filed by Dino Sisneros is DENIED.

Motion to Sever Defendant (Doc. 409) filed by Melissa Sisneros is DENIED.

All Motions to Dismiss in (Doc. 412) and (Doc. 465) and any other Motion to Dismiss Indictment filed in this case are DENIED.

Motion to Strike Surplusage (Doc. 420) filed by Melissa Sisneros is GRANTED IN PART and DENIED IN PART. The Court will not read nor provide to the jury the Government's description.

Motion in Limine to Exclude Evidence or Argument Regarding Fault of the Lenders (Doc. 462) filed by the Government is GRANTED.

1    Motion in Limine Re Introduction of Documents (Doc. 455) filed by Melissa Sisneros
2 is DENIED.
3    Motion to Sever Defendant (Doc. 552) filed by Melissa Sisneros is DENIED.
4    Motion to Preclude Statements Other Act Evidence (Doc. 553) filed by Melissa
5 Sisneros is DENIED.
6    Motion to Sever Defendant (Doc. 636) filed by Michael Quiroz is DENIED.
7    Motion to Dismiss for Pre-Indictment Delay (Doc. 637) filed by Michael Quiroz is
8 DENIED.
9    Motion to Strike Surplusage From Indictment (Doc. 638) filed by Michael Quiroz is
10 GRANTED IN PART and DENIED IN PART.
11    Motion to Dismiss Indictment, Motion for Bill of Particulars (Doc. 738) filed by
12 Melissa Sisneros is DENIED.
13    THE COURT FINDS the Government has met its burden under Rule 104 in regard
14 to the admissibility of the loan files. Any motion to preclude the admission of the loan files
15 is DENIED.
16    DATED this 25th day of September, 2015.

_____
Raner C. Collins
Chief United States District Judge