JOHN S. LEONARDO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 11-00794-TUC-RCC (CRP) |
|---|---|
| Plaintiff, | |
| vs. | THIRD SUPPLEMENTAL NOTICE OF INTENT TO USE WRITTEN CERTIFICATION PURSUANT TO FED. R. EVID. 902(11)) |
| Michael Quiroz, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, John S. Leonardo, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant United States Attorney, hereby gives notice of intent to introduce written certifications with accompanying records pursuant to Federal Rules of Evidence 803(6) and 902(11).  Under the rules, a Custodian of Record or other qualified witness may certify a document as a business record through a written declaration that meets the requirements of the Rule in lieu of live testimony.

In the interest of conserving judicial resources as well as those of the United States, jurors, witnesses, and defense counsel, the following witnesses for the government will have provided written declarations so that their testimony may not otherwise be required at trial.  The government may introduce such records identified below that accompany the business records certifications during the trial without live testimony:

1) Cathy Johnson, JP Morgan Chase Bank, N.A., (discovery pg. 62482) (Reference discovery pgs. 62483, 26162);

2) James Ansbro, Wells Fargo Bank, N.A., (discovery pg. 69519) (Reference discovery pgs. 67348 – 67351, 67352 – 67355);

3) Vivian Boggie, Title Security Agency of Arizona, (discovery pg. 69520) (Reference discovery pgs. 37359, 34563 – 34566, 37454 – 37457);

4) Elisa Jackson, Wells Fargo Bank, N.A., (discovery pgs. 38611 – 38612) (Reference discovery pgs. 38613 - 38972);

The government will or has previously provided a copy of the above affidavits to the defense identified by bates number. The government may supplement this notice relating to other custodian certifications for other documents.

RESPECTFULLY submitted this 14th day of December, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jonathan B. Granoff*
JONATHAN B. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 14th day of December, 2016, to:

Elias Damaniakos, Esq.
Attorney for defendant