# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 11-00794-TUC-RCC

vs.

*EXHIBIT LIST*

Michael Quiroz,
DEFENDANT.

| PRESIDING JUDGE<br>Hon. Raner C. Collins | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Chris Wallace |
|---|---|---|
| HEARING DATE(S)<br>Trial:  January 10, 2017<br>@ 9:30 a.m. | PLAINTIFF ATTORNEY(S)<br>Jonathan B. Granoff<br>Lori L. Price (Co-Counsel) | DEFENDANT ATTORNEY(S)<br><br>Elias Damianakos, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | | 4425 N. Pontatoc – History and Diagram Chart of 4425 N. Pontatoc without Bates References (**Discl. Nos. 67609 - 67611**) |
| 1A | | | 4425 N. Pontatoc – History and Diagram Charts of 4425 N. Pontatoc with Bates References (**Discl. Nos. 69466 - 69468**) |
| 2 | | | 4425 N. Pontatoc - Loan Approval for 4425 N. Pontatoc (**Discl. No. 6316, 6318, 6320 – 6321**) |
| 3 | | | 4425 N. Pontatoc - Occupancy Agreement/Borrower's Certification and Authorization for 4425 N. Pontatoc (**Discl. No. 6376, 6388**) |
| 4 | | | 4425 N. Pontatoc - Loan Application for $360,050 dated 08/13/03 for 4425 N. Pontatoc (**Discl. Nos. 6425 – 6429**) |
| 5 | | | 4425 N. Pontatoc - Handwritten Note from Larry Steers re credit report (**Discl. No. 6441**) |
| 6 | | | 4425 N. Pontatoc - Cashier's Check dated 08/29/03 for $20,181.85 for 4425 N. Pontatoc from Loan File (**Discl. No. 6445**) |
| 7 | | | 4425 N. Pontatoc - HUD Settlement Statement dated 08/15/03 for 4425 N. Pontatoc from Loan File (**Discl.Nos. 6446 – 6449**) |
| 8 | | | 4425 N. Pontatoc - Escrow/Lender's Instructions for 4425 N. Pontatoc (**Discl. No. 6451 – 6452**) |
| 9 | | | 4425 N. Pontatoc - Gift Letter dated 08/21/03 for 4425 N. Pontatoc (**Discl. No. 6462**) |
| 10 | | | 4425 N. Pontatoc - Reference Letters for 4425 N. Pontatoc (**Discl. Nos. 6467 – 6470**) |

## *EXHIBIT LIST CONTINUED*

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 2* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 11 | | | 4425 N. Pontatoc - Notice of Intention to Foreclose for 4425 N. Pontatoc (**Discl. No. 6493**) | |
| 12A | | | 4425 N. Pontatoc – Custodian Affidavit of Susan J. Neff of Lawyers Title of Arizona, Inc. (**Discl. No. 69560**) (Reference **Bates Nos. 30044 – 30051, 30137 – 30138, 30140**) | |
| 13 | | | 4425 N. Pontatoc - Escrow Ledger Listing for 4425 N. Pontatoc (**Discl. No. 30044**) (Reference Exhibit #12A) [**Escrow File**] | |
| 14 | | | 4425 N. Pontatoc - Check dated 08/30/03 to Melissa Sisneros for $130,166.44 and Check dated 10/03/03 to Melissa Sisneros for $1,556.12 (**Discl. No. 30045 – 30046, 30047 - 30048**) (Reference Exhibit #12A) [**Escrow File**] | |
| 15 | | | 4425 N. Pontatoc - HUD Settlement Statement from escrow file for 4425 N. Pontatoc (**Discl. Nos. 30049 – 30051**) (Reference Exhibit #12A) [**Escrow File**] | |
| 16 | | | 4425 N. Pontatoc - Receipt and Down Payment Check for $20,181.55 (**Discl. Nos. 30137 – 30138, 30140**) (Reference Exhibit #12A) [**Escrow File**] | |
| 17 | | | 4425 N. Pontatoc - Custodian Affidavit, Evelyn Reinoso, Bank of America (**Discl. Nos. 1406 – 1407**) (Reference **Discl. Nos. 1408 – 2466**) | |
| 18 | | | 4425 N. Pontatoc - Bank of America Statement for Melissa Sisneros, Acct Ending 0608 for 08/14/03 – 09/12/03 (**Discl. Nos. 1496 – 1502**) (Reference Exhibit #17) | |
| 19 | | | 4425 N. Pontatoc - Bank of America Statement for Melissa Sisneros, Acct Ending 0608 for 01/14/04 – 02/10/04 (**Discl. Nos. 1532 – 1536**) (Reference Exhibit #17) | |
| 20 | | | 4425 N. Pontatoc - Deposit Ticket, Cash Out – Credit, Check for $130,166.44 to Melissa Sisneros (**Discl. Nos. 1995 – 1997**) (Reference Exhibit #17) | |
| 21 | | | 4425 N. Pontatoc - Check No. 4283 from Melissa Sisneros to Larry Steers for $7,000 dated 08/31/03 (**Discl. No. 2287**) (Reference Exhibit #17) | |
| 22 | | | 4425 N. Pontatoc - Check No. 4291 from Melissa Sisneros to Michael Quiroz dated 09/04/03 for $3,000 (**Discl. No. 2290**) (Reference Exhibit #17) | |
| 23 | | | 4425 N. Pontatoc - Custodian Affidavit, Peggy Davidson, Wells Fargo Bank (**Discl. Nos. 38973 – 38974**) (Reference **Bates Nos. 38975 – 39186**) | |

## EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 3* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 24 | | | 4425 N. Pontatoc - Wells Fargo Bank Bank Statement for Larry Steers, Acct Ending 0595 for 07/18/03 – 08/18/03 (**Discl. Nos. 39033 – 39037**) (Reference Exhibit #23) |
| 25 | | | 4425 N. Pontatoc - Wells Fargo Bank Statement for Larry Steers, Acct Ending 8385 for 07/18/03 – 08/18/03 (**Discl. Nos. 39154 – 39157**) (Reference Exhibit #23) |
| 25A | | | Loan File for 4425 N. Pontatoc (**Discl. Nos. 6300, 6302 – 6492**) |
| 26 | | | 6011 N. Panorama – History and Diagram Chart of 6011 N. Panorama Without Bates References (**Discl. Nos. 67612 – 67614**) |
| 26A | | | 6011 N. Panorama – History and Diagram Chart of 6011 N. Panorama With Bates References (**Discl. Nos. 69469 – 69471**) |
| 27 | | | Custodian Affidavit of Philip Tedesco of Tucson Association of Realtors (**Discl. No. 62797**) (Reference **Bates Nos. 34815 – 34944, 34873 - 34876**) |
| 28 | | | 6011 N. Panorama – MLS Listing for 6011 N. Panorama (**Discl. Nos. 34899 – 34904**) (Reference Exhibit #27) |
| 29 | | | 6011 N. Panorama – Loan Approval/Submission Transmittal for 6011 N. Panorama (**Discl. Nos. 7210, 7212, 7214 – 7217, 7223**) |
| 30 | | | 6011 N. Panorama – Document Order Form for 6011 N. Panorama (**Discl. No. 7219**) |
| 30A | | | 6011 N. Panorama – Borrower's Certification and Authorization of Anneka and Robert Irwin (**Discl. No. 7295**) |
| 31 | | | 6011 N. Panorama – Loan Application dated 10/07/03 for 6011 N. Panorama (**Discl. Nos. 7312 – 7317, 7328 - 7332**) |
| 32 | | | 6011 N. Panorama – Receipt and Cashier's Check for $66,500 from Anneke Irwin (**Discl. Nos. 7347 – 7348**) |
| 33 | | | 6011 N. Panorama – Purchase Contract for 6011 N. Panorama (**Discl. Nos. 7374 – 7383, 7365 - 7373**) |
| 34 | | | 6011 N. Panorama – HUD Estimated Settlement Statement from Loan File for 6011 N. Panorama (**Discl. Nos. 7385 – 7387**) |
| 35 | | | 6011 N. Panorama – Letter from Robert and Anneke Irwin dated 10/03/03 re their profession (**Discl. No. 7389**) |
| 36 | | | 6011 N. Panorama – To Whom it May Concern Letters for loan at 6011 N. Panorama (**Discl. Nos. 7390 - 7392**) |
| 37 | | | 6011 N. Panorama – Notice of Intention to Foreclose for 6011 N. Panorama (**Discl. No. 7419**) |
| 38 | | | Custodian Affidavit of Judy Kaiser of Fidelity National Title Agency, Inc. (**Discl. No. 15293**) (Reference **Bates Nos. 15294 – 17144**) |

## EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 4* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 39 | | | 6011 N. Panorama – Final Check Register (**Discl. No. 15296**) (Reference Exhibit #38) [**Escrow File**] | |
| 40 | | | 6011 N. Panorama – Check No. 062757 dated 10/10/03 to Anneke and Robert Irwin for $10,000 (**Discl. No. 15337**) (Reference Exhibit #38) | |
| 41 | | | 6011 N. Panorama – Amended HUD Settlement Statement (**Discl. No. 15338 – 15339**) (Reference Exhibit #38) [**Escrow File**] | |
| 42 | | | 6011 N. Panorama – Receipt and Cashier's Check for $66,500 (**Discl. Nos. 15392 – 15393**) (Reference Exhibit #38) [**Escrow File**] | |
| 43 | | | 6011 N. Panorama – Receipt and Check No. 4237 from Melissa Sisneros for $1,000 (**Discl. Nos. 15437, 15439**) (Reference Exhibit #38) [**Escrow File**] | |
| 44 | | | 6011 N. Panorama – Purchase Contract dated 8/7/03 from Anneke and Robert Irwin (**Discl. Nos. 15407 – 15415**) (Reference Exhibit #38) [**Escrow File**] | |
| 45 | | | 6011 N. Panorama – Purchase Contract dated 8/7/03 from Melissa Sisneros (**Discl. Nos. 15348 – 15356**) (Reference Exhibit #38) [**Escrow File**] | |
| 46 | | | 6011 N. Panorama – Check No. 3858 dated 10/16/03 to Mike Quiroz from Melissa Sisneros for $7,000 (**Discl. No. 2305**) (Reference Exhibit #17) | |
| 47 | | | 6011 N. Panorama – Check No. 3859 dated 10/16/03 to Mike Quiroz from Melissa Sisneros for $6,000 (**Discl. No. 2306**) (Reference Exhibit #17) | |
| 47A | | | 6011 N. Panorama – Custodian Affidavit of Evelyn Reinosa, Bank of America (**Discl. No. 3390**) (Reference **Bates Nos. 3391 – 4084**) | |
| 47B | | | 6011 N. Panorama – Bank Statement, Deposit Ticket and Check No. 3859 deposited to Mike Quiroz Bank of America Acct Ending 6683 (**Discl. Nos. 3730, 4711 – 4713**) (Reference Exhibit #47A and 174) | |
| 47C | | | Signature Cards for Mike Quiroz Bank of America Accts Ending 1613, 6085, 6683 and 6501 (**Discl. Nos. 3391 – 3398**) (Reference Exhibit #47A) | |
| 48 | | | 6011 N. Panorama – Bank of America Statement for Melissa Sisneros, Acct Ending 0608 for 09/13/03 – 10/15/03 (**Discl. Nos. 1503 – 1518**) (Reference Exhibit #17) | |
| 49 | | | 6011 N. Panorama – Deposit Ticket and Check for Melissa Sisneros for $144,861.78 (**Discl. Nos. 2005 – 2006**) (Reference Exhibit #17) | |
| 50 | | | 6011 N. Panorama – Deposit Ticket and Check for Melissa Sisneros for $10,000 (**Discl. Nos. 2007 – 2008**) (Reference Exhibit #17) | |
| 50A | | | Loan File for 6011 N. Panorama (**Discl. Nos. 7197 – 7418**) | |

## EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 5* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 51 | | | 8718 N. Mahogany Road – History and Diagram Chart of 8718 N. Mahogany Road Without Bates References (**Discl. Nos. 67615 – 67617**) | |
| 51A | | | 8718 N. Mahogany Road – History and Diagram Chart of 8718 N. Mahogany Road With Bates References (**Discl. Nos. 67472 – 67474**) | |
| 52 | | | 8718 N. Mahogany Road –MLS Real Estate Listing for Property for 8718 N. Mahogany Road (**Discl. Nos. 34921 – 34927**) (Reference Exhibit #27) | |
| 53 | | | 8718 N. Mahogany Road –Loan Application dated 11/13/03 for $304,000 for 8718 N. Mahogany Road (**Discl. Nos. 37650 – 37653; 37769 - 37776**) | |
| 54 | | | 8718 N. Mahogany Road –Residential Lease between Robert Irwin and Steve Vega dated 11/7/03 for loan at 8718 N. Mahogany Road (**Discl. Nos. 37674 – 37677**) | |
| 55 | | | 8718 N. Mahogany Road –Purchase Contract for 8718 N. Mahogany Road (**Discl. Nos. 37679 – 37688**) | |
| 56 | | | 8718 N. Mahogany Road –HUD Settlement Statement from Loan File for 8718 N. Mahogany Road (**Discl. Nos. 37731 – 37735**) | |
| 57 | | | 8718 N. Mahogany Road –Custodian Affidavit, Judy Randels, Arizona Title Agency (**Discl. No. 62591**) (Reference Discovery #817 – 1132) | |
| 58 | | | 8718 N. Mahogany Road –Final Disbursement Report for 8718 N. Mahogany Road (**Discl. Nos. 819 - 820**) (Reference Exhibit #57) | |
| 59 | | | 8718 N. Mahogany Road –Checks No. 025509 for $25,306.36 and No. 025512 for $76,454.95 to Dino and Melissa Sisneros (**Discl. Nos. 849 – 850**) (Reference Exhibit #57) [**Escrow File**] | |
| 60 | | | 8718 N. Mahogany Road –HUD Settlement Statement from escrow file for 8718 N. Mahogany Road (**Discl. Nos. 855 – 858**) (Reference Exhibit #57) [**Escrow File**] | |
| 61 | | | 8718 N. Mahogany Road –Receipt and Cashier's Check No. 003505181 for $22,556 (**Discl. Nos. 870 – 871**) (Reference Exhibit #57) [**Escrow File**] | |
| 62 | | | 8718 N. Mahogany Road –Receipt and Wire Details for $298,687.99 from Wallick (**Discl. Nos. 872 – 873**) (Reference Exhibit #57) [**Escrow File**] | |
| 63 | | | 8718 N. Mahogany Road –Check dated 11/12/03 for $1,000 (**Discl. No. 877**) (Reference Exhibit #57) [**Escrow File**] | |
| 64 | | | 8718 N. Mahogany Road –Check No. 7548 dated 11/18/03 to Robert Irwin for $7,000 from Melissa Sisneros (**Discl. No. 2241**) (Reference Exhibit #17) | |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 6* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 65 | | | 8718 N. Mahogany Road –Check No. 7550 dated 11/18/03 to Leroy Hunter for $3,300 from Melissa Sisneros (signed over to Michael Quiroz) (**Discl. No. 2242**) (Reference Exhibit #17) | |
| 65A | | | 8718 N. Mahogany – Bank Statement, Deposit Ticket and Check No. 7750 to Leroy Hunter deposited to Mike Quiroz Bank One Acct Ending 3004 (**Discl. Nos. 23348, 23353 – 23355**) (Reference Exhibit #171) | |
| 66 | | | 8718 N. Mahogany Road –Check No. 7568 dated 12/2/03 to Bluefish Concierge for $23,300 from Melissa Sisneros (**Discl. No. 2324**) (Reference Exhibit #17) | |
| 67 | | | 8718 N. Mahogany Road –Check No. 7549 dated 11/18/03 to Mike Quiroz for $5,000 from Melissa Sisneros (**Discl. No. 2321**) (Reference Exhibit #17) | |
| 67A | | | 8718 N. Mahogany Road – Bank Statement, Deposit Ticket and Check No. 7549 Deposited to Mike Quiroz Bank of America Acct Ending 6683 (**Discl. Nos. 3737, 4726 – 4728**) (Reference Exhibit #47A) | |
| 68 | | | Custodian Affidavit of Evelyn Reinosa of Bank of America (**Discl. Nos. 3050 – 3051**) (Reference **Bates Nos.** 3052 – 3210) | |
| 69 | | | 8718 N. Mahogany Road –Check No. 3875, Cashier's Check Outstanding, and Cashier's Check for $22,556 dated 11/14/03 (**Discl. Nos. 3072 – 3074**) (Reference Exhibit #68) | |
| 70 | | | 8718 N. Mahogany Road –Bank of America Bank Statements for Melissa Sisneros, Acct Ending 0608 for 11/11/03 – 12/12/03 (**Discl. Nos. 1519 – 1523**) (Reference Exhibit #17) | |
| 71 | | | 8718 N. Mahogany Road –Deposit Ticket and Check No. 025509 for $25,306.36 to Dino Sisneros (**Discl. Nos. 2015 – 2016**) (Reference Exhibit #17) | |
| 72 | | | 8718 N. Mahogany Road –Check No. 025512 for $76,454.95 to Melissa Sisneros dated 11/17/03 (**Discl. No. 2017 - 2018**) (Reference Exhibit #17) | |
| 72A | | | Loan File for 8718 N. Mohagany (**Discl. Nos. 37563 – 37851**) | |
| 73 | | | 1400 Calle Concordia – History and Diagram Chart of 1400 Calle Concordia Without Bates References (**Discl. Nos. 67618 – 67620**) | |
| 73A | | | 1400 Calle Concordia – History and Diagram Chart of 1400 Calle Concordia With Bates References (**Bates Nos. 69475 – 69477**) | |
| 74 | | | 1400 Calle Concordia – MLS Real Estate Listing for Property (**Discl. Nos. 34819 - 34823**) (Reference Exhibit #27) | |
| 75 | | | 1400 Calle Concordia –Loan Approval/Submission and Document Order Form for 1400 Calle Concordia (**Discl. Nos. 8182 – 8183, 8184, 8185 – 8192, 8193 – 8194, 8197 – 8198, 8202**) | |

## EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 7* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 76 | | | 1400 Calle Concordia – Occupancy Agreement for 1400 Calle Concordia (**Discl. No. 8273**) | |
| 77 | | | 1400 Calle Concordia – Loan Application dated 04/08/04 for $280,250 for 1400 Calle Concordia (**Discl. Nos. 8294 – 8297, 8298 – 8301, 8302 - 8305**) | |
| 78 | | | 1400 Calle Concordia – HUD Settlement Statement from loan file for 1400 Calle Concordia (**Discl. Nos. 8329 – 8332**) | |
| 79 | | | 1400 Calle Concordia – Letter from Doran Moats re income (**Discl. No. 8359**) | |
| 79A | | | 1400 Calle Concordia – Custodian Affidavit of Susan J. Neff of Lawyers Title of Arizona, Inc. (**Discl. No. 69558**) (Reference **Bates Nos. 30061, 30064 – 30067, 8327 – 8328**) | |
| 80 | | | 1400 Calle Concordia – Escrow Ledger Listing for 1400 Calle Concordia from Lawyer's Title (**Discl. No. 30061**) (Reference Exhibit #79A) [**Escrow File**] | |
| 81 | | | 1400 Calle Concordia – Receipt and Official Check for $24,242.80 (**Discl. Nos. 8327 – 8328**) (Reference Exhibit #79A) [**Escrow File**] | |
| 82 | | | 1400 Calle Concordia – HUD Settlement Statement for 1400 Calle Concordia (**Discl. Nos. 30064 – 30067**) (Reference Exhibit #79A) [**Escrow File**] | |
| 82A | | | 1400 Calle Concordia – Lease with Purchase Between Melissa Sisneros and Doran Moats (**Discl. Nos. 49925 – 49926**) [**Escrow File**] | |
| 83 | | | 1400 Calle Concordia – Bank of America Debit Slip, Cashier's Check Outstanding, and Cashier's Check for $24,242.80 from Melissa Sisneros (**Discl. Nos. 3142 – 3144**) (Reference Exhibit #68) | |
| 84 | | | 1400 Calle Concordia – Bank of America, Bank Statements for Melissa Sisneros, Acct Ending 0608 for 03/16/04 – 04/14/04 (**Discl. Nos. 1542 – 1547**) (Reference Exhibit #17) | |
| 85 | | | 1400 Calle Concordia – Debit Slip for $24,242.80 for Melissa Sisneros (**Discl. No. 2335**) (Reference Exhibit #17) | |
| 86 | | | 1400 Calle Concordia – Debit Slip and Check No. 00036692 for $79,567.00 to Melissa Sisneros (**Discl. Nos. 2044 – 2045**) (Reference Exhibit #17) | |
| 86A | | | Loan File for 1400 W. Calle Concordia (**Discl. Nos. 8173 – 8288, 8293 – 8388**) | |
| 87 | | | 5936 E. Paseo Cimarron – History and Diagram Chart of 5936 E. Paseo Cimarron Without Bates References (**Discl. Nos. 67628 – 67630**) | |
| 87A | | | 5936 E. Paseo Cimarron – History and Diagram Chart of 5936 E. Paseo Cimarron With Bates References (**Discl. Nos. 69478 – 69480**) | |

*EXHIBIT LIST CONTINUED*

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 8* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 88 | | | 5936 E. Paseo Cimarron – Cashier's Check for $34,244.77 to Ticor Title for Heather Koenig (**Discl. No. 66991**) | |
| 89 | | | 5936 E. Paseo Cimarron – Loan Approval/Submission/Underwriting/ Document Order Form for 5936 E. Paseo Cimarron (**Discl. Nos. 67103 - 67104, 66997, 66999, 67002**) | |
| 90 | | | 5936 E. Paseo Cimarron – Occupancy Agreement/Borrower's Certification for 5936 E. Paseo Cimarron (**Discl. No. 67076, 67078**) | |
| 91 | | | 5936 E. Paseo Cimarron – Loan Application dated 10/5/05 for $590,900 for 5936 E. Paseo Cimarron (**Discl. Nos. 67106 - 67110, 67111 - 67118**) | |
| 92 | | | 5936 E. Paseo Cimarron – HUD Settlement Statement dated 10/12/05 for 5936 E. Paseo Cimarron (**Discl. Nos. 67170 – 67175**) | |
| 97 | | | 5936 E. Paseo Cimarron – Final Disbursement Report for 5936 E. Paseo Cimarron (**Discl. Nos. 69709 - 69710**) (Reference Exhibit # 127) [**Escrow File**] | |
| 98 | | | 5936 E. Paseo Cimarron – Check dated 10/21/05 in the amount of $12,843 to Bank of America Acct for American Mortgage Specialists (**Discl. No. 69711**) (Reference Exhibit #127) [**Escrow File**] | |
| 99 | | | 5936 E. Paseo Cimarron – HUD Settlement Statement from escrow file for 5936 E. Paseo Cimarron (**Discl. Nos. 69712 - 69717**) (Reference Exhibit #127) [**Escrow File**] | |
| 100 | | | 5936 E. Paseo Cimarron – Wire Details for $577,055.12 (**Discl. Nos. 69718 – 69720**) (Reference Exhibit #127) [**Escrow File**] | |
| 101 | | | 5936 E. Paseo Cimarron – Bank of America Statement for Melissa Sisneros for 10/14/05 – 11/10/05 (**Discl. Nos. 1684 – 1690**) (Reference Exhibit #17) | |
| 102 | | | 5936 E. Paseo Cimarron – Deposit Ticket and Checks for $1,159.37 and $42,512.50 to Melissa Sisneros (**Discl. Nos. 2134 – 2136**) (Reference Exhibit #17) | |
| 103 | | | 5936 E. Paseo Cimarron – Check dated 10/28/05 to Mike Quiroz for $15,000 (**Discl. No. 2397**) (Reference Exhibit #17) | |
| 103A | | | 5936 E. Paseo Cimarron – Bank Statement, Deposit Ticket and Check No. 09965 Deposited to Mike Quiroz Bank of America Acct Ending 6683 (**Discl. Nos. 3909, 4990 – 4991**) (Reference Exhibit #47A) | |
| 104 | | | 5936 E. Paseo Cimarron – Check dated 10/23/05 to Mark and Heather Koenig for $5,000 (**Discl. No. 2394**) (Reference Exhibit #17) | |
| 104A | | | 5936 E. Paseo Cimarron – Check dated 1/27/06 to Heather G. Koenig from Melissa Sisneros in the amount of $5,000 (**Discl. No. 2426**) (Reference Exhibit #17) | |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 9* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 105 | | | 5936 E. Paseo Cimarron – Debit Slip and Cashier's Check for $34,244.77 for down payment – Paseo Cimarron (**Discl. Nos. 3068 – 3071, 3904**) (Reference Exhibit #68 and #47A) | |
| 106 | | | 5936 E. Paseo Cimarron – Custodian Affidavit, Jesus Orozco, Bank of America (**Discl. Nos. 5212 – 5213**) (Reference **Bates Nos.** 5214 – 5564) | |
| 109A | | | Loan File for 5936 E. Paseo Cimarron (**Discl. Nos. 66990-67271**) | |
| 110 | | | 5221 W. Rhyolite Loop – History and Diagram Chart of 5221 W. Rhyolite Loop Without Bates References (**Discl. Nos. 67638 – 67642**) | |
| 110A | | | 5221 W. Rhyolite Loop – History and Diagram Chart of 5221 W. Rhyolite Loop With Bates References (**Discl. Nos. 69481 – 69485**) | |
| 111 | | | 5221 W. Rhyolite Loop – Loan Application, Timothy Coyne for $1,271,250 loan dated 10/04/2006 for 5221 W. Rhyolite Loop (**Discl. Nos. 58898 – 58904, 58905 – 58909, 58910 - 58915**) | |
| 113 | | | 5221 W. Rhyolite Loop – 2nd Loan Application for Rhyolite Loop (**Discl. Nos. 55852 – 55856**) | |
| 114 | | | 5221 W. Rhyolite Loop – Request for Verification of Deposit for 5221 W. Rhyolite Loop (**Discl. No. 58916**) | |
| 115 | | | 5221 W. Rhyolite Loop – Copy of Down Payment Check for $115,432.61 from loan file and receipt (**Discl. Nos. 58917, 58920**) | |
| 116 | | | 5221 W. Rhyolite Loop – Gift letter from Katie Corrow to Tim Coyne dated 10/04/2006 (**Discl. No. 58919**) | |
| 118 | | | 5221 W. Rhyolite Loop – Occupancy and Financial Status Affidavit for 5221 W. Rhyolite Loop (**Discl. Nos. 58941 - 58942**) | |
| 119 | | | 5221 W. Rhyolite Loop – Uniform Underwriting and Transmittal Summary and Conventional Loan Approval for 5221 W. Rhyolite Loop (**Discl. Nos. 58776 – 58778**) | |
| 120 | | | 5221 W. Rhyolite Loop – Borrower's Certification & Authorization for 5221 W. Rhyolite Loop (**Discl. Nos. 58794**) | |
| 121 | | | 5221 W. Rhyolite Loop – Estimated HUD Settlement Statement from loan file for 5221 W. Rhyolite Loop (**Discl. Nos. 58795 - 58799**) | |
| 122 | | | 5221 W. Rhyolite Loop – Closing Instructions/Wiring Instructions for 5221 W. Rhyolite Loop (**Discl. Nos. 58801 – 58806**) | |
| 123 | | | 5221 W. Rhyolite Loop – Purchase Contract from loan file for 5221 W. Rhyolite Loop (**Discl. Nos. 58859 – 58869**) | |
| 124 | | | 5221 W. Rhyolite Loop – Doc Request/Final Fee Sheet for 5221 W. Rhyolite Loop for 5221 W. Rhyolite Loop (**Discl. Nos. 58935 – 58937**) | |
| 126 | | | 5221 W. Rhyolite Loop – Uniform Underwriting and Transmittal Summary (2nd loan) for 5221 W. Rhyolite Loop (**Discl. No. 55967**) | |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 10* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 127 | | | 5221 W. Rhyolite Loop – Custodian Affidavit of Danette Valencia, Fidelity National Law Group (**Discl. No. 69708**) (Reference **Bates Nos. 69708 – 69730**) | |
| 128 | | | 5221 W. Rhyolite Loop – Final Disbursement Report for 5221 W. Rhyolite Loop (**Discl. Nos. 69721**) (Reference Exhibit #127) [**Escrow File**] | |
| 129 | | | 5221 W. Rhyolite Loop – HUD Settlement Statements from escrow file for 5221 W. Rhyolite Loop (**Discl. Nos. 69722 - 69726**) (Reference Exhibit #127) [**Escrow File**] | |
| 130 | | | 5221 W. Rhyolite Loop – Receipt and Cashier's Check for $115,432.61 (**Discl. Nos. 69727 - 69728**) (Reference Exhibit #127) [**Escrow File**] | |
| 131 | | | 5221 W. Rhyolite Loop – Receipts for $343,057.16 and $1,277,230.34 (**Discl. Nos. 69729 - 69730**) (Reference Exhibit #127) [**Escrow File**] | |
| 132 | | | 5221 W. Rhyolite Loop – Wire Details for $1,277,230.34 and $343,057.16 from Wells Fargo Bank (**Discl. Nos. 67348 – 67351, 67352 - 67355**) (Reference Exhibit #132A) | |
| 132A | | | 5221 W. Rhyolite Loop – Custodian Affidavit of James Ansbro of Wells Fargo Bank, N.A. (**Discl. No. 69519**) (Reference **Bates Nos. 67348 – 67351, 67352 – 67355**) | |
| 133 | | | 5221 W. Rhyolite Loop – Wells Fargo Bank Custodian Affidavit, Elisa Jackson, dated 07/10/07 (**Discl. Nos. 39187 – 39188**) (Reference **Bates Nos. 39189 – 39377**) | |
| 134 | | | 5221 W. Rhyolite Loop – Wells Fargo Bank Statement for Dino Sisneros Reference Rhyolite Loop (**Discl. Nos. 39349 - 39352**) (Reference Exhibit #133) | |
| 135 | | | 5221 W. Rhyolite Loop – Cashier's Check from David Stone to Dino Sisneros for $98,000 dated 9/27/06 (**Discl. No. 62246**) (Reference Exhibit #136) | |
| 136 | | | 5221 W. Rhyolite Loop – Custodian Affidavit, Portia Longo, Wells Fargo Bank (**Discl. Nos. 62242 – 62243**) (Reference **Bates Nos. 62244 – 62246**) | |
| 137 | | | 5221 W. Rhyolite Loop – Bank of America Bank Statement for Melissa/Dino Sisneros for 09/14/06 – 10/13/06 (**Discl. Nos. 1773 – 1780**) (Reference Exhibit #17) | |
| 138 | | | 5221 W. Rhyolite Loop – Debit Slip and Check for $301,066 to Dino Sisneros (**Discl. Nos. 2175 – 2176**) (Reference Exhibit #17) | |
| 139 | | | 5221 W. Rhyolite Loop – Debit Slip, Cashier's Check Outstanding, and Cashier's Check for $64,000 to Theresa Coyne (**Discl. Nos. 3183 – 3185**) (Reference Exhibit #68) | |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 11* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 140 | | | 5221 W. Rhyolite Loop – Check No. 10362 for $9,000 dated 10/19/06 to Mike Quiroz from Dino Sisneros (**Discl. No. 2431**) (Reference Exhibit #17) | |
| 141 | | | 5221 W. Rhyolite Loop – Custodian Affidavit of Cathy Johnson of JP Morgan Chase Bank Relating to Coynes' Chase Bank Records (**Discl. No. 62521**) (Reference **Bates Nos. 62523 – 62586**) | |
| 142 | | | 5221 W. Rhyolite Loop – Tim/Theresa Coyne's Bank Statement at Chase Bank for Account Ending 2697 for 09/21/2006 through 10/19/2006 (**Discl. Nos. 62525 - 62528**) (Reference Exhibit #141) | |
| 143 | | | 5221 W. Rhyolite Loop – Bank Statement for Kathleen and Michael Corrow, Account Ending 7684 for 9/9/06 – 10/10/06 (**Discl. Nos. 5232 – 5236**) (Reference Exhibit #106) | |
| 144 | | | 5221 W. Rhyolite Loop – Deposits for $40,000 and $75,432.61 into Corrows' account (**Discl. Nos. 5273 – 5276**) (Reference Exhibit #106) | |
| 145 | | | 5221 W. Rhyolite Loop – Bank of America Withdrawal Slip/Cashier's Check for Kathleen Corrow in the amount of $115,432.61 (**Discl. Nos. 3059 – 3060**) (Reference Exhibit #68) | |
| 145A | | | Loan File for 5221 W. Rhyolite Loop (**1st Loan - Discl. Nos. 58747 – 59887**) (**2nd Loan - Discl. Nos. 55710 – 56549**) | |
| 146 | | | 13724 E. Cienega Creek – History and Diagram Chart of 13724 E. Cienega Creek Drive Without Bates References (**Discl. Nos. 67643 – 67645**) | |
| 146A | | | 13724 E. Cienega Creek – History and Diagram Chart of 13724 E. Cienega Creek Drive With Bates References (**Discl. Nos. 69486 – 69488**) | |
| 147 | | | 13724 E. Cienega Creek – Loan Application (1st loan) for $510,000 for 13724 E. Cienega Creek; (2nd loan) (**Discl. Nos. 56642 – 56647 and 57262 - 57267**) | |
| 148 | | | 13724 E. Cienega Creek – Verification of Deposit for 13724 E. Cienega Creek (**Discl. No. 57307**) | |
| 149 | | | 13724 E. Cienega Creek – Letters from Theresa Coyne explaining balance difference (1st and 2nd Loan) (**Discl. No. 57376, 56694**) | |
| 151 | | | 13724 E. Cienega Creek – Estimated/Amended HUD signed in Loan File for Cienega Creek Drive for 13724 E. Cienega Creek (**Discl. Nos. 57390-57395, 57408 - 57412**) | |
| 152 | | | 13724 E. Cienega Creek – Uniform Underwriting and Transmittal Summary for 13724 E. Cienega Creek (**Discl. Nos. 57465**) | |
| 153 | | | 13724 E. Cienega Creek – Lender's Escrow Instructions (**Discl. Nos. 56556 – 56557, 56590 – 56591**) | |

## EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 12* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 154 | | | 13724 E. Cienega Creek – 2nd Loan – Loan Application for Cienega Creek for 13724 E. Cienega Creek (**Discl. Nos. 57262 – 57267, 57268 – 57273, 56636 - 56641**) | |
| 155 | | | Custodian Affidavit of Judy Randels of Title Guaranty Agency (**Discl. No. 62592**) (Reference **Bates Nos. 36986 – 37351**) | |
| 156 | | | 13724 E. Cienega Creek – HUD Settlement Statement from escrow file for 13724 E. Cienega Creek (**Discl. Nos. 36994 – 36998, 37000 – 37006**) (Reference Exhibit #155) [**Escrow File**] | |
| 157 | | | 13724 E. Cienega Creek – Final Disbursement Report for 13724 E. Cienega Creek (**Discl. No. 37024**) (Reference Exhibit #155) [**Escrow File**] | |
| 158 | | | 13724 E. Cienega Creek – Receipt and Official Check for down payment/cash to close for $33,714.29 (**Discl. Nos. 37032 – 37033**) (Reference Exhibit #155) [**Escrow File**] | |
| 158A | | | 13724 E. Cienega Creek – Deed of Trust and Assignment of Rents Between Wanchai and Catalina Wongseng and Dino Sisneros, recorded 11/1/2006 (**Discl. Nos. 69569 – 69573**) | |
| 159 | | | Custodian Affidavit of Sean O'Malley, Federal Reserve Bank of New York (**Discl. Nos. 15263 – 15264**) (Reference **Bates Nos. 15265 – 15275**) | |
| 160 | | | 13724 E. Cienega Creek – Wire Details for $515,344.39 and $135,978.34 (**Discl. Nos. 15267 – 15268**) (Reference Exhibit #159) | |
| 161 | | | 13724 E. Cienega Creek – Bank of America Bank Statement for Melissa/Dino Sisneros for 12/13/06 – 01/12/07 (**Discl. Nos. 1799 – 1807**) (Reference Exhibit #17) | |
| 162 | | | 13724 E. Cienega Creek – Bank Statement, Checking Deposit and Check for $105,000 to Dino Sisneros dated 12/29/06 (**Discl. Nos. 2181 - 2182**) (Reference Exhibit #17) | |
| 163 | | | 13724 E. Cienega Creek – Check No. 10563 dated 12/18/06 to Mike Quiroz from Melissa Sisneros for $6,000 (**Discl. No. 2453**) (Reference Exhibit #17) | |
| 164 | | | 13724 E. Cienega Creek – Check No. 10581 dated 12/29/06 to Mike Quiroz from Melissa Sisneros for $15,000 (**Discl. No. 2457**) (Reference Exhibit #17) | |
| 165 | | | 13724 E. Cienega Creek – Check No. 10593 dated 01/03/07 to Theresa Coyne from Dino Sisneros for $13,796 for Rhyolite Loop (**Discl. No. 2458**) (Reference Exhibit #17) | |
| 167 | | | 13724 E. Cienega Creek – Chase Bank Records for the Coynes', Account Ending 2697 for 12/20/06 – 01/19/07 (**Discl. Nos. 62563 - 62569**) (Reference Exhibit #141) | |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 13* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 168 | | | Custodian Affidavit of Cathy Johnson, JP Morgan Chase Bank (**Discl. Nos. 62478 – 62479**) (Reference **Bates Nos. 26160 - 26161**) | |
| 169 | | | 13724 E. Cienega Creek – Deposit/Withdrawal for $33,714.29 (**Discl. Nos. 26160**) (Reference Exhibit #168) | |
| 170 | | | 13724 E. Cienega Creek – Chase Bank Records, Theresa Coyne, Deposit Slip, 12/29/06 for $15,000 (**Discl. Nos. 26161**) (Reference Exhibit #168) | |
| 171 | | | Custodian Affidavit of Cathy Johnson, JP Morgan Chase Bank (**Discl. Nos. 62481 - 62482**) (Reference **Discl. Nos. 62483, 26162**) (Reference **Bates Nos. 23343, 26162**) | |
| 172 | | | 13724 E. Cienega Creek – Chase Bank Records, Michael Quiroz, Withdrawal Slip, 12/29/06 for $15,000 (**Discl. Nos. 26162**) (Reference Exhibit #171) | |
| 173 | | | 13724 E. Cienega Creek – Bank One Consumer Signature Card for Accts Ending 3004 and 8280 for Michael Quiroz (**Discl. No. 24474, 62483**) (Reference Exhibit #171) | |
| 174 | | | 13724 E. Cienega Creek – Custodian Affidavit, Evelyn Reinoso, Bank of America (**Discl. Nos. 4116 – 4117**) (Reference **Bates Nos. 4118 – 5211**) | |
| 175 | | | 13724 E. Cienega Creek – Bank Statement, Deposit Slip and Check from Dino Sisneros dated 12/29/06 for $15,000 to Michael Quiroz, Account Ending 6683 (**Discl. Nos. 4010, 5127 – 5129**) (Reference Exhibit #174) | |
| 176 | | | 13724 E. Cienega Creek – Custodian Affidavit of Jana Hargett, JP Morgan Chase Bank (**Discl. Nos. 69561 – 69562**) (Reference **Bates Nos. 24208 – 24219, 24389 – 24390**) | |
| 177 | | | 13724 E. Cienega Creek – JP Morgan Chase Bank Bank Statements for Theresa/Tim Coyne for 12/14/06 – 01/19/07 (**Discl. Nos. 24208 – 24219, 24389 – 24390**) (Reference Exhibit #176) | |
| 177A | | | Loan File for 13724 E. Cienega Creek (**1st Loan – Discl. Nos. 56550 – 57174**) (**2nd Loan – Discl. Nos. 57175 – 57467**) | |
| 178 | | | 5241 N. Blue Bonnet Road – History and Diagram Chart for 5241 N. Blue Bonnet Road Without Bates References (**Discl. Nos. 67657 – 67659**) | |
| 178A | | | 5241 N. Blue Bonnet Road – History and Diagram Chart for 5241 N. Blue Bonnet Road With Bates References (**Discl. Nos. 69495 – 69497**) | |
| 178B | | | 5241 N. Blue Bonnet Road - – MLS Listing for 5241 N. Blue Bonnet Road (**Discl. Nos. 34873 – 34876**) (Reference Exhibit #27) | |
| 179 | | | 5241 N. Blue Bonnet Road – Final HUD Settlement Statement for 5241 N. Blue Bonnet Road (**Discl. Nos. 41920 – 41923**) | |

## *EXHIBIT LIST CONTINUED*

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 14* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 179A | | | 5241 N. Blue Bonnet Road – Residential Resale Real Estate Purchase Contract for Theresa and Tim Coyne 5/21/2003 (**Discl. Nos. 41955 – 41963**) | |
| 180 | | | 5241 N. Blue Bonnet Road – Loan Application for 5241 N. Blue Bonnet Road (**Discl. Nos. 41924 – 41930, 41931 – 41936**) | |
| 181 | | | 5241 N. Blue Bonnet Road – Conditional Loan Credit Approval for 5241 N. Blue Bonnet (**Discl. No. 41964**) | |
| 182 | | | 5241 N. Blue Bonnet Road – Lease with Purchase between Tim and Theresa Coyne and Freddy Garcia dated 05/01/03 for Calle Descanso (**Discl. Nos. 41966 – 41967**) | |
| 183 | | | 5241 N. Blue Bonnet Road – Lease with Purchase between Tim and Theresa Coyne and Dino and Melissa Sisneros dated 02/1/02 for Daybreak (**Discl. No. 41968**) | |
| 184 | | | 5241 N. Blue Bonnet Road – Lease with Purchase Between Tim and Theresa Coyne and John Luna dated 11/1/02 for Cool Drive (**Discl. Nos. 41969 – 41970**) | |
| 185 | | | 5241 N. Blue Bonnet Road – Lease with Purchase Between Tim and Theresa Coyne and Dino and Melissa Sisneros dated 05/01/03 for Chapala (**Discl. Nos. 41971 – 41972**) | |
| 186 | | | 5241 N. Blue Bonnet Road – Fax Cover Sheet from Quiroz dated 08/20/03 for 5241 N. Blue Bonnet (**Discl. No. 42046**) | |
| 187 | | | 5241 N. Blue Bonnet Road – False Statement/Employment/Occupancy Form/Borrowers Certificate for 5241 N. Blue Bonnet (**Discl. No. 42073**) | |
| 187A | | | 5241 N. Blue Bonnet Road – Custodian Affidavit of Susan J. Neff of Lawyers Title of Arizona, Inc. (**Discl. No. 69559**) (Reference **Bates Nos. 29681, 29694 – 29699, 29702, 29710, 29713 – 29718, 29729**) | |
| 188 | | | 5241 N. Blue Bonnet Road – Final Disbursement Report for 5241 N. Blue Bonnet from Escrow File (**Discl. No. 29681**) (Reference Exhibit #187A) [**Escrow File**] | |
| 189 | | | 5241 N. Blue Bonnet Road – Receipt and Official Check No. 518700476 for $31,529.77 for 5241 N. Blue Bonnet from Escrow File (**Discl. Nos. 29694 – 29695**) (Reference Exhibit #187A) [**Escrow File**] | |
| 190 | | | 5241 N. Blue Bonnet Road – Receipt and Wire Details for $81,189.55 for 5241 N. Blue Bonnet Road from Escrow File (**Discl. Nos. 29696 – 29697**) (Reference Exhibit 187A) [**Escrow File**] | |
| 191 | | | 5241 N. Blue Bonnet Road – Receipt and Wire Details for $421,072.77 for 5241 N. Blue Bonnet Road (**Discl. Nos. 29698 – 29699**) (Reference Exhibit #187A) [**Escrow File**] | |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 15* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 192 | | | 5241 N. Blue Bonnet Road – Check No. 00017573 for $236,793.62 to Pima Federal Credit Union /Dale Sloan for 5241 N. Blue Bonnet (**Discl. No. 29702**) (Reference Exhibit #187A) [**Escrow File**] | |
| 193 | | | 5241 N. Blue Bonnet Road – Voided Check No. 00017568 to Pima Federal Credit Union/Dale Sloan for 5241 N. Blue Bonnet (**Discl. No. 29710**) (Reference Exhibit #187A) [**Escrow File**] | |
| 194 | | | 5241 N. Blue Bonnet Road – HUD Settlement Statement for 5241 N. Blue Bonnet from escrow file (**Discl. Nos. 29713 – 29715**) (Reference Exhibit #187A) [**Escrow File**] | |
| 195 | | | 5241 N. Blue Bonnet Road – Addendum for 5241 N. Blue Bonnet (**Discl. No. 29716 – 29718**) (Reference Exhibit #187A) [**Escrow File**] | |
| 196 | | | 5241 N. Blue Bonnet Road – Closing Instructions for 5241 N. Blue Bonnet (**Discl. No. 29729**) (Reference Exhibit #187A) [**Escrow File**] | |
| 197 | | | 5241 N. Blue Bonnet Road – Bank of America Bank Statements for Melissa Sisneros for 09/13/03 – 10/15/03 (**Discl. Nos. 1503 – 1511**) (Reference Exhibit #17) | |
| 198 | | | 5241 N. Blue Bonnet Road – Deposit Ticket and Check No. 00017566 for $159,858 to Melissa Sisneros (**Discl. Nos. 1998 – 1999**) (Reference Exhibit #17) | |
| 199 | | | 5241 N. Blue Bonnet Road – Check No. 3832 dated 09/17/03 for $10,600 to Theresa Coyne from Melissa Sisneros (**Discl. No. 2296**) (Reference Exhibit #17) | |
| 200 | | | 5241 N. Blue Bonnet Road – Check No. 3835 dated 09/17/03 for $4,000 to Mike Quiroz from Melissa Sisneros (**Discl. No. 2297**) (Reference Exhibit #17) | |
| 200A | | | 5241 N. Blue Bonnet – Bank Statement, Deposit Tickets and Check No. 3835 Deposited to Mike Quiroz Bank of America Acct Ending 6683 (**Discl. Nos. 3724, 4695 – 4697, 4698 - 4699**) (Reference Exhibit #47A) | |
| 201 | | | 5241 N. Blue Bonnet Road – Check No. 3834 dated 09/17/03 for $5,000 to Mike Quiroz from Melissa Sisneros (**Discl. No. 2298**) (Reference Exhibit #17) | |
| 202 | | | 5241 N. Blue Bonnet Road – Check No. 3828 and Cashier's Check Oustanding for $30,000 dated 09/09/03 to Bank of America from Melissa Sisneros (**Discl. No. 3126 - 3127**) (Reference Exhibit #___) | |
| 202A | | | 5241 N. Blue Bonnet Road – Custodian Affidavit of Jana Hargett of JP Morgan Chase Bank, N.A. (**Discl. Nos. 69564 – 69566**) (Reference **Bates Nos. 25262 – 25270, 25292 – 25301**) | |
| 203 | | | 5241 N. Blue Bonnet Road – Bank One Bank Statement for Theresa/Tim Coyne Acct Ending 2697 for 08/20/03 – 09/18/03 (**Discl. Nos. 25262 – 25270**) (Reference Exhibit #202A) | |

## EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 16* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 204 | | | 5241 N. Blue Bonnet Road – Bank One Bank Statement for Theresa/Tim Coyne Acct Ending 2697 for 09/19/03 – 10/20/03 (**Discl. Nos. 25292 – 25301**) (Reference Exhibit #202A) | |
| 205 | | | 5241 N. Blue Bonnet Road – Wells Fargo Bank Bank Statement for Timothy/Theresa Coyne Acct Ending 1338 for 09/01/03 – 09/30/03 (**Discl. Nos. 38636 – 38637**) (Reference Exhibit #205A) | |
| 205A | | | 5241 N. Blue Bonnet Road – Custodian Affidavit of Elisa Jackson of Wells Fargo Bank (**Discl. Nos. 38611 – 38612**) (Reference **Bates Nos. 38613 – 38972**) | |
| 206 | | | 5241 N. Blue Bonnet Road – Wells Fargo Bank Bank Statement for Timothy/Theresa Coyne Acct Ending 5684 for 09/06/03 – 10/06/03 (Discl. Nos. **38812 - 38814**) (Reference Exhibit #205A) | |
| 206A | | | Loan File for 5241 N. Blue Bonnet (**Discl. Nos. 41921 – 42076**) | |
| 207 | | | 6133 W. Sunset Road – History and Diagram Chart Without Bates References (**Discl. Nos. 67660 – 67662**) | |
| 207A | | | 6133 W. Sunset Road – History and Diagram Chart With Bates References (**Discl. Nos. 69489 – 69491**) | |
| 209 | | | 6133 W. Sunset Road – Loan Application for 6133 W. Sunset Road (**Discl. Nos. 34282 – 34285, 34286 – 34289**) | |
| 210 | | | 6133 W. Sunset Road – HUD Settlement Statement in loan file for 6133 W. Sunset Road (**Discl. Nos. 34350 – 34353**) | |
| 211 | | | 6133 W. Sunset Road – 2nd Loan and Loan Application for 6133 W. Sunset Road (**Discl. Nos. 34368 – 34373, 34427 - 34432**) | |
| 212 | | | 6133 W. Sunset Road – Conditional Loan Credit Approval for 6133 W. Sunset Road (**Discl. No. 34423**) | |
| 213 | | | 6133 W. Sunset Road – Rental Agreement between Robert and Anneke Irwin and Grace Garcia dated 11/26/02 for Paseo Pena (**Discl. Nos. 34439 – 34440**) | |
| 214 | | | 6133 W. Sunset Road – Rental Agreement between Anneke/Robert Irwin and Donald Schaffer dated 07/18/03 for Mantaial Kent (**Discl. Nos. 34441 – 34442**) | |
| 215 | | | 6133 W. Sunset Road – Fax Cover Sheet from Quiroz dated 09/23/03 (**Discl. No. 34472**) | |
| 216 | | | 6133 W. Sunset Road – False Statement/Emploment/Occupancy Form – Borrowers Certification for 6133 W. Sunset Road (**Discl. No. 34501**) | |
| 216A | | | 6133 W. Sunset Road – Custodian Affidavit of Vivian Boggie of Title Security Agency of Arizona (**Discl. No. 69520**) (Reference **Bates Nos. 37359, 34563 – 34566, 37454 – 37457**) | |

## *EXHIBIT LIST CONTINUED*

| United States of America v. Michael Quiroz | | | CR 11-00794-TUC-RCC | *pg. 17* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 217 | | | 6133 W. Sunset Road – Escrow Ledger Listing for 6133 W. Sunset Road (**Discl. No. 37359**) (Reference Exhibit #216A) | |
| 218 | | | 6133 W. Sunset Road – Final HUD Statement in escrow file (**Discl. Nos. 34563 – 34566**) (Reference Exhibit #216A) | |
| 219 | | | 6133 W. Sunset Road – Receipt and Wire Details for $365,590.46 and $92,562.73 for 6133 W. Sunset Road (**Discl. Nos. 37454 – 37457**) (Reference Exhibit #216A) | |
| 220 | | | 6133 W. Sunset Road – Bank of America Bank Statements for Melissa Sisneros for 10/16/03 – 11/10/03 (**Discl. No. 1512 - 1518**) (Reference Exhibit #17) | |
| 221 | | | 6133 W. Sunset Road – Deposit Ticket and Check No. 857247 for $64,584.25 to Melissa Sisneros (**Discl. Nos. 2009 – 2010**) (Reference Exhibit #17) | |
| 222 | | | 6133 W. Sunset Road – Check No. 3865 dated 10/22/03 to Mike Quiroz for $8,214 from Melissa Sisneros (**Discl. No. 2245**) (Reference Exhibit #17) | |
| 223 | | | 6133 W. Sunset Road – Check No. 3867 dated 10/24/03 to Bob Irwin for $10,000 from Melissa Sisneros (**Discl. No. 2244**) (Reference Exhibit #17) | |
| 223A | | | 6133 W. Sunset Road – Check No. 3869 dated 10/24/03 from Melissa Sisneros to Mike Quiroz for $4,300 (**Discl. Nos. 2311**) (Reference Exhibit #17) | |
| 224 | | | 6133 W. Sunset Road – Check No. 3868 dated 10/24/03 to Mike Quiroz for $9,000 from Melissa Sisneros (**Discl. Nos. 2315**) (Reference Exhibit #17) | |
| 224A | | | Loan File for 6133 W. Sunset (**Discl. Nos. 34281 – 34578**) | |
| 225 | | | Certified copy of the Driver's License for Michael Quiroz (**Discl. Nos. 68549 – 68551**) | |
| 226 | | | Foreclosure Sales/Notice of Foreclosure and Summary Chart (**Discl. Nos. 69568, 69574 – 69633**) | |
| 227 | | | Final Summary Chart for 9 Transactions (**Discl. Nos. 69777**) | |
| 228 | | | Irwin Loan Summary Chart (**Discl. No. 69778**) | |
| 229 | | | Cooke's Loan Application for 2004 Purchase of Camino Cascabel (**Discl. Nos. 29368 – 29372** 1st Loan; **Discl. Nos. 29374 – 29378** – 2nd Loan) | |
| 230 | | | Cooke's Loan Applications for 2004 Purchase of Vista Del Pueblo (**Discl. Nos. 1176 – 1179** 1st Loan; **Discl. Nos. 1180 – 1183** 2nd Loan) | |