UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,
PLAINTIFF
   V.

Michael Quiroz
DEFENDANT

FILED ✓    LODGED
RECEIVED   COPY

JAN 27 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

EXHIBIT LIST

CASE NUMBER: CR 11-794-TUC-RCC

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| RANER COLLINS | SHERRY GAMMON | CHRIS WALLACE |

| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|---|---|---|
| JAN 10, 2017 | JONATHAN B. GRANOFF / LORI L. PRICE | ELIAS DAMIANAKOS |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS | |
|---|---|---|---|---|
|  |  |  | **Transaction #1 4425 N. Ponatoc** | |
|  | 300 |  | 51387-51392 | Larry Steers Interview 12/28/2007 |
|  | 301 |  | 51396-51400 | Larry Steers Interview 2/8/2011 |
|  | 302 |  | 51371-51375 | Larry Steers Interview 11/13/2007 |
|  | 303 | 1/20/17 | 950 | Occupancy Agreement |
|  | 304 |  | 6327-6330 | Federal Truth in Lending Disclosure Statement |
|  | 305 |  | 6425-6429 | Loan Application |
|  | 306 |  | 6462 | Gift Letter (Jemco) |
|  | 307 |  |  | Jemco Website Printout |
|  | 308 |  | 6420-6424 | Loan Application 8/12/2003 |
|  | 309 | 1/25/17 | 30136-30140 | Check to Lawyers Title for Down Payment |
|  | 310 |  | 6467-6469 | Reference Letters re: Side jobs |
|  | 311 |  | 6470 | Letter from Larry Steers |
|  | 312 |  | 2290 | Check to Quiroz "Ocean Front Property" |
|  | 313 |  | 8051 | Letter re: Income |

| | | | | |
|---|---|---|---|---|
| | | | **Transaction #2 6011 N. Panorama** | |
| | 314 | | 15347-15356 | Purchase Contract |
| | 315 | | 1508 | Bank of America Statement of Melissa Sisneros |
| | 316 | | 15393 | Cashiers Check from Anneke Irwin to Fidelity National Title |
| | 317 | | 7312-7317 | Loan Application 10/7/2003 |
| | 318 | | 51039-51041 | Robert Irwin Interview 12/20/2007 |
| | 319 | | 51050-51056 | Robert Irwin Interview 3/2/2011 |
| | 320 | 1/20/17 | 7328-7332 | Loan Application (Undated) |
| | 321 | 1/20/17 | 7318-7322 | Loan Application (Undated and Unsigned) |
| | 322 | | 51042-51044 | Checks to Robert Irwin from Melissa Sisneros |
| | 323 | 1/20/17 | 7323-7327 | Loan Application (Undated and Unsigned) |
| | 324 | | 7389 | Letter re: Income From Robert Irwin |
| | 325 | | 7390-7392 | Reference Letter re: Employment and Income |
| | 326 | | 2305-2306 | Two Checks to Mike Quiroz from Melissa Sisneros |
| | 327 | 1/20/17 | 37673 | D.A.C. Retirement Account of Robert Irwin |
| | 328 | 1/20/17 | 51117 | D.A.C. Retirement Account of Anneke Irwin |
| | 329 | 1/20/17 | 34457 | Janus (401K) for Robert Irwin |
| | 330 | 1/20/17 | 34458-34460 | Janus (401K) for Anneke Irwin |
| | | | | |
| | | | **Transaction #3 8718 N. Mohogany** | |
| | 331 | 1/13/17 | 37650-37653 | Loan Application 11/13/2003 |
| | 332 | | 37630 | Information Sheet on Express No Doc Program |
| | 333 | 1/13/17 | 37769-37772 | Loan Application 11/12/2003 |
| | 334 | | 37649 | Underwriting and Transmittal Summary |
| | 335 | 1/13/17 | 37624-37625 | Emails from Lupita Rodriguez re: Loan |
| | 336 | 1/13/17 | 37613-37621 | Fax re: Impac Funding Corporation Compliance Review |
| | 337 | 1/13/17 | 37609-37612 | Loan Application (Undated and Unsigned) |

| | | | |
|---|---|---|---|
| 338 | | 51039-51041 | Interview Robert Irwin 12/20/2002 |
| 339 | | 51050-51056 | Interview Robert Irwin 3-2-2011 |
| 340 | | 2241 | Check 7548 to Robert Irwin from Melissa Sisneros |
| 341 | | 2321 | Check 7549 to Michael Quiroz from Melissa Sineros |
| 342 | | 2242 | Check 7550 to Leroy Hunter Signed over to Michael Quiroz |
| 343 | | 51022-51024 | Leroy Hunter Interview 2/21/2008 |
| 344 | | 37679-37688 | Purchase Contract |
| 345 | | 37673 | 401 K Statement Robert Irwin |
| | | | |
| | | | |
| | | | |
| | | **Transaction # 5 1400 W. Calle Concordia** | |
| 346 | 1/19/17 | 8306-8309 | Loan Application Unsigned |
| 347 | 1/19/17 | 8302-8305 | Loan Application |
| 348 | 1/19/17 | 8294-8297 | Loan Application |
| 349 | 1/19/17 | 8298-8301 | Loan Application |
| 350 | 1/19/17 | 8211-8216 | Loan Disclosure Packet |
| 351 | 1/19/17 | 8199-8200 | Loan Approval |
| 352 | 1/19/17 | 8207 | Argent Loan Submission Transmittal |
| 353 | | 8340-8348 | Preliminary Title Report |
| 354 | 1/19/17 | 8349-8357 | Purchase Contract |
| 355 | 1/19/17 | 8273 | Occupancy Agreement |
| 356 | 1/19/17 | 8197 | Argent Loan Approval (Updated) |
| 357 | | 51228-51231 | Doran Moats Interview 11/30/2007 |
| 358 | | 51260-51261 | Doran Moats Interview 3/27/2008 |
| 359 | | 51239-51243 | Doran Moats and Cynthia Moats Interview 12/18/2007 |
| 360 | | 51262-51263 | Doran Moats Interview 2/7/2011 |
| 361 | | 51522-51529 | Steven Williams Interview 5/12/2009 |

| | | | |
|---|---|---|---|
| 362 | | 51197-51200 | Adele Lindquist Interview 1/30/2008 |
| 362A | 1/19/17 | Snapshot of Signature pages of exhibits 348 and 349 | |
| 362B | 1/19/17 | Letter on income signed by Doran Moats. | |
| 362C | 1/19/17 | Letter on Credit report signed by Doran Moats. | |
| | | **Transaction #8 5936 E. Paseo Cimarron** | |
| 363 | 1/18/17 | 9487-9491 | Loan Application |
| 364 | 1/18/17 | 67111-67114 | Loan Application |
| 365 | 1/18/17 | 67115-67118 | Loan Application |
| 366 | 1/18/17 | 67179 | Bank of America Statement – Heather Koenig |
| 367 | 1/18/17 | 67177 | Income Statement of Kaliber Glass Repair Centers, Inc. |
| 368 | | 9387 | Argent Loan Submission Transmittal Sheet |
| 369 | 1/18/17 | 9396 | Disclosure Notices |
| 370 | 1/18/17 | 9521 | Request for Verification of Rent or Mortgage |
| 371 | 1/18/17 | 9466 | Occupancy Agreement |
| 372 | | 9472 | Truth in Lending Disclosure Statement |
| 373 | 1/17/17 | 3071 | Cashiers Check From Michael Quiroz for Ticor Title |
| 374 | | 2397 | Check to Michael Quiroz from Melissa Sisneros |
| 375 | | 9556 | Business License Receipt – Kaliber Glass |
| 376 | | 9554 | Income Section Coversheet |
| 377 | 1/18/17 | 9558-9626 | 12 Months of Bank Statements for Kailber Glass |
| 378 | | 50986-50989 | Heather Hanzelik Interview 7/21/2008 |
| 378A | | Loan Approval - Paseo Cimarron property | |
| 378B | 1/20/17 | Construction Deed of Trust | |
| | | | |
| | | **Transaction #13 5221 W. Ryolite Loop** | |
| 379 | | 58898-58904 | Loan Application |
| 380 | 1/11/17 | 58905-58909 | Loan Application |
| 381 | 1/11/17 | 58910-58915 | Loan Application |

| | | | |
|---|---|---|---|
| 382 | | 55852-55856 | Loan Application |
| 383 | 1/11/17 | 12593-12599 | Loan Application |
| 384 | | 449 | Request for Title Commitment |
| 385 | 1/11/17 | 55773-55783 | Purchase Contract |
| 386 | 1/11/17 | 56218-56219 | Occupancy Agreement |
| 387 | | 55764 | Truth in Lending Disclosure Statement |
| 388 | 1/11/17 | 56181 | Request for Verification of Deposit |
| 389 | 1/11/17 | 62523 | Chase Bank Balance Summary – Theresa Coyne |
| 390 | | 2431 | Check 10362 to Michael Quiroz from Melissa Sineros |
| 391 | | 58919 | Lift Letter from Katie Corrow |
| 392 | | 50870 | Bank of America Deposit Slip |
| 393 | | 50871 | Cashier's Check 967045926 |
| 394 | | 50872 | Bank of America Deposit Slip |
| 395 | | 50873 | Cashier's Check 0605803868 |
| 396 | | 50875 | Bank of America Withdraw Slip |
| 397 | | 50877 | Bank of America Cashier's Check |
| 398 | | 50880 | Rental Lease Agreement |
| 399 | | | Flipping Houses for Dummies |
| 400 | | | Real Estate Investing for Dummies |
| 401 | | | Photographs |
| 402 | | 50907-50910 | Tim Coyne and Theresa Coyne Interview 6/7/2007 |
| 403 | | 50928 | Skip Donau Interview 10/11/2007 |
| 404 | | 64728-64733 | Theresa Coyne Interview 12/14/2011 |
| 405 | | 64720-64724 | Theresa Coyne Interview 5/31/2013 |
| 406 | | 64936-64938 | Theresa Coyne Interview 6/15/2013 |
| 407 | | | Letter to Judge Collins from Theresa Coyne 3/4/15 |
| 408 | | 64940-64956 | Cooperation Agreement |
| 409 | | 64793-64798 | Timothy Coyne Interview 3/2/2012 |
| 409A | 1/11/17 | | Note – Rhyolite Property |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | **Transaction #14 13724 E. Cienega Creek** | |
| | 410 | | 18387-18388 | Disclosures to Borrowers |
| | 411 | 1/11/17 | 18063-18068 | Loan Application |
| | 412 | 1/11/17 | 18284-18289 | Loan Application |
| | 413 | | 18294-18299 | Loan Application |
| | 414 | 1/11/17 | 56636-56641 | Loan Application |
| | 415 | | 57262-57267 | Loan Application |
| | 416 | 1/11/17 | 57268-57273 | Loan Application |
| | 417 | | 56642-56647 | Loan Application |
| | 418 | | 62523 | Chase Bank Summary |
| | 419 | 1/11/17 | 62526 | Chase Bank Deposits |
| | 420 | | 56715 | EMC Mortgage Corporation Commitment Confirmation |
| | 421 | | 57307 | Verification of Deposit |
| | 422 | | 57376 | Letter from Theresa Coyne to Lender |
| | 423 | | 57197 | Telephone Verification of Employment |
| | 424 | | 5128 | Check to Michael Quiroz $15,000 |
| | 425 | | 64728-64733 | Theresa Coyne Interview 12/14/2011 |
| | | | | |
| | | | | |
| | | | **Transaction #404 (B) 6133 W. Sunset Dr.** | |
| | 426 | | 51039-51041 | Robert Irwin Interview 12/20/2007 |
| | 427 | | 51050-51056 | Robert Irwin Interview 3/2/2011 |
| | 428 | | 2244 | Check to Robert Irwin from Melissa Sisneros |
| | 429 | | 2245 | Check to Michael Quiroz from Melissa Sisneros $8,214 |

| | | | |
|---|---|---|---|
| 430 | | 2315 | Check to Michael Quiroz from Melissa Sisneros $9,000 |
| 431 | | 2311 | Check to Michael Quiroz from Melissa Sisneros $4,300 |
| 432 | | 34282-34285 | Loan Application |
| 433 | | 34286-34289 | Loan Application |
| 434 | | 34368-34373 | Loan Application |
| 435 | 1/20/17 | 51104-51109 | Loan Application |
| 436 | | 7389 | Letter re: Income |
| 437 | | 7390-7392 | Reference Letter re: Employment Income |
| 438 | 1/20/17 | 51097 | Addendum to HUD-1 |
| 439 | | 34439-34442 | Rental Agreement |
| 440 | 1/20/17 | 34453-34454 | DAC Retirement Account for Anneke Irwin |
| 441 | 1/20/17 | 34455-34456 | DAC Retirement Account for Anneke Irwin |
| 442 | | 34457 | Janus Investment Account – Robert Irwin |
| 443 | | 34458-34460 | Janus Investment Account – Anneke Irwin |
| 444 | | 34434 | Verbal Verification of Employment |
| 445 | | 34435 | Yellow Pages – La Posada Apartments |
| 446 | | 34436-34438 | Verification by Sun American |
| | | | |
| | | | |
| | | | |
| | | **Transaction # 404 (B) 5241 N. Blue Bonnet** | |
| 447 | 1/11/17 | 41955-41963 | Purchase Contract |
| 448 | 1/11/17 | 41924-41930 | Loan Application |
| 449 | | 41931-41936 | Loan Application |
| 450 | | 41964-41972 | Loan Terms (Letter from Larry Youdelman and Rental Lease Agreement) |
| 451 | | 2297 | Check 3835 to Michael Quiroz from Melissa Sisneros |
| 452 | | 2298 | Check 3834 to Michael Quiroz from Melissa Sisneros |

| | | | | |
|---|---|---|---|---|
| | 453 | 1/11/17 | 29713-29715 | HUD-1 Settlement Statement |
| | 454 | 1/11/17 | 42073 | Occupancy Affidavit |
| | 455 | | 42678 | Letter to Larry Youdleman from Theresa Coyne |
| | 456 | | 42865 | Letter to Larry Youdleman from Theresa Coyne |
| | 457 | | 42690 | Letter from Youdleman to Whom it May Concern |
| | 458 | | 42682 | Fax Cover Sheet from Larry Youdleman |
| | 459 | | 42689 | Fax Cover Sheet from Larry Youdleman |
| | 460 | | 42688 | Content of Fax from Larry Youdleman |

# EXHIBIT LIST CONTINUED

| United States of America v. Michael Quiroz | | | CR11-00794-TUC-RCC(DTF) | Page 9 |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS | |
| | 362D | 1/19/2017 | Appraisal Report for Calle Concordia property | |
| | 362E | 1/19/2017 | Photo of check | |
| | 362F | 1/19/2017 | Photo of check | |
| | 362G | 1/19/2017 | Photo of check | |
| | 362H | 1/19/2017 | Photo of check | |
| | 362I | 1/19/2017 | Photo of check | |
| | 362J | 1/19/2017 | Photo of check | |
| | 461 | 1/18/2017 | Purchase Contract-Cascabel Property | |
| | 462 | 1/18/2017 | Uniform Residential Loan Application-Cascabel Property | |
| | 462B | 1/18/2017 | Uniform Residential Loan Application-Cascabel Property | |
| | 463 | 1/18/2017 | HUD Settlement Statement Cascabel Property | |
| | 464 | 1/18/2017 | Request for Verification of Deposit | |
| | 465 | 1/18/2017 | Letter from Henry Varga, Mountain West CPA. | |
| | 466 | 1/18/2017 | Residential Real Estate Purchase Contract-Vista Del Pueblo | |
| | 467 | 1/18/2017 | Power of Attorney to Chad Ayers | |
| | 468 | | | |
| | 469 | 1/18/2017 | Uniform Residential Loan Application-Vista Del Pueblo | |
| | 470 | 1/18/2017 | Uniform Residential Loan Application-Vista Del Pueblo | |
| | 471 | 1/25/17 | Loan Application Signatures | |