

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Quiroz,<br><br>　　　　　Defendant. | No. CR-11-00794-TUC-RCC(DTF)<br><br>**STIPULATION OF EXHIBITS** |

Counsel stipulate the following Defense exhibits were presented to the jury for use during deliberation:

303, 309, 320, 321, 323, 327, 328, 329, 330, 331, 333, 335, 336, 337, 346, 347, 348, 349, 350, 351, 352, 354, 355, 356, 362A, 362B, 362C, 362D, 362E, 362F, 362G, 362H, 362I, 362J, 363, 364, 365, 366, 367, 369, 370, 371, 373, 377, 378B, 380, 381, 383, 385, 386, 388, 389, 409A, 411, 412, 414, 416, 419, 435, 438, 440, 441, 447, 448, 453, 454, 461, 462, 462B, 463, 464, 465, 466, 467, 469, 470 and 471.

1/26/17
Date

_Defense Counsel Signature_

1/26/17
Date

_Government's Counsel Signature_